## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                    Case Number: 1:22-cv-01937
KEVIN WINKING, SUMMER HOLLIS and JAMES KILBANE

on behalf of themselves and all other plaintiffs similarly situated

v.

SMITHFIELD FRESH MEATS CORP And SMITHFIELD DISTRIBUTION LLC

## AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

KEVIN WINKING, SUMMER HOLLIS, and JAMES KILBANE

| |
|---|
| NAME (Type or print)<br>Patrick Cowlin |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Patrick Cowlin |
| FIRM<br>Fish Potter Bolanos, P.C. |
| STREET ADDRESS<br>200 E. 5th Ave., Suite 123 |
| CITY/STATE/ZIP<br>Naperville, IL 60563 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6308800 | TELEPHONE NUMBER<br>312-861-1800 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐