# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEVIN WINKING, SUMMER HOLLIS, and JAMES KILBANE on behalf of themselves and all other plaintiffs similarly situated, <br><br>        Plaintiffs, <br><br>v. <br><br>SMITHFIELD FRESH MEATS CORP. and SMITHFIELD DISTRIBUTION LLC <br><br>        Defendants. | Case No.: 22-CV-01937 |

TO: **All hourly-paid employees, employed by Smithfield Fresh Meats Corp. outside of North Carolina and all hourly-paid employees employed by Smithfield Distribution LLC from May 14, 2019 to the present who earned additional compensation and worked overtime during the same pay periods but excluding any persons who opted into the *Canas v Smithfield Foods* case.**

RE: Fair Labor Standards Act lawsuit filed against Smithfield Fresh Meats Corp. and Smithfield Distribution LLC to recover allegedly unpaid overtime wages

NOTE: This is a Court-Authorized Notice, but the Court has taken no position on the claims in this lawsuit. You are not being sued. This is not an ad for a lawyer. *Para una notificacion en Espanol, visitar* [Website]

## I. INTRODUCTION

This Notice is to inform you about a lawsuit in which you might be able to make a claim for damages under the federal Fair Labor Standards Act, to advise you of how your rights may be affected by this lawsuit, and to instruct you on the procedure for opting into/joining this case before the **[60 days from date notice mailed/e-mailed] deadline**, if you so choose. For more information, please review the following pages of this Notice as well as the enclosed Consent to Join Form.

## II. DESCRIPTION OF THE LAWSUIT

On May 14, 2022, Plaintiffs Kevin Winking, Summer Hollis, and James Kilbane filed a lawsuit for themselves and other hourly-paid workers against Smithfield Fresh Meats Corp. and Smithfield Distribution LLC ("Defendants"), alleging violations of the federal Fair Labor Standards Act ("FLSA") for maintaining company-wide policies and practices that failed to pay workers proper

1

overtime rate of pay in that it failed to include additional compensation in the regular rate, including but not limited to Responsibility Pay and Responsibility Bonuses Differentials, before statutory overtime compensation is computed. The lawsuit seeks payment for unpaid overtime wages plus liquidated damages, as well as attorneys' fees and costs.

Defendant denies the allegations that it violated the FLSA and that it is liable to Plaintiffs under any circumstances.

### III. ELIGIBILITY TO PARTICIPATE IN THIS LAWSUIT

The United States District Court for the Northern District of Illinois has authorized this Notice to be distributed to:

> **All hourly-paid employees, employed by Smithfield Fresh Meats Corp. outside of North Carolina and all hourly-paid employees employed by Smithfield Distribution LLC from May 14, 2019 to the present who earned additional compensation and worked overtime during the same pay periods** ("Eligible Participants")

If you meet this description and you believe that Defendant failed to pay you for work performed through your shifts without taking uninterrupted meal breaks and/or failed to pay you a proper overtime rate that factored in additional compensation for weekend, night and/or busy shifts differentials, you have the right to join this action against Defendant to seek allegedly unpaid overtime wages and liquidated damages.

### IV. YOUR OPTIONS REGARDING THIS LAWSUIT

You may elect to join this lawsuit, bring your own separate lawsuit, or not do anything. If you choose to join this lawsuit, you must complete the Consent to Join Form accompanying this notice and submit it by **[60 days from date notice mailed/e-mailed]** via regular mail, e-mail, or online submission:

> [Claims Administrator]
> [Address]
> [Email]
> [Website for online submission]

Plaintiffs' attorneys will promptly file with the Court any Consent to Join Forms that they receive. Until the Consent to Join Form is filed with the Court, the statute of limitations ordinarily continues to run. If you file a Consent to Join Form, your continued right to participate in this lawsuit may depend upon a later decision by the Court.

### V. EFFECT OF JOINING THIS LAWSUIT

If you choose to join this lawsuit, you will be bound by any ruling, settlement and/or judgment on any claim you may have under the FLSA, whether favorable or unfavorable. That means that, if

Plaintiffs prevails at trail, or a settlement is reached, you may be entitled to share in the monetary award; if you lose, no money will be awarded, and you will not be able to file another lawsuit regarding the matters raised in the lawsuit.

If you choose to join this lawsuit, you may be required to respond under oath to written questions, have your deposition taken, produce documents, and/or testify in court at a trial or hearing in the United States Federal Courthouse in Chicago, Illinois.

### VI. EFFECT OF NOT JOINING THIS LAWSUIT

If you choose not to join this lawsuit, you will not be affected or bound by any judgment, favorable or unfavorable, on the claims brought under the FLSA that are alleged in this lawsuit; in other words, if you do not file a Consent to Join form (enclosed herewith), you will not receive any back wages or other relief that may be granted under the FLSA in this lawsuit. If you do not join the lawsuit, the legal time for you to file a claim will continue to run.

### VII. YOUR LEGAL REPRESENTATION IF YOU JOIN

The attorneys for Plaintiff and the proposed opt-in Collective are with the law firm FISH POTTER BOLAÑOS, P.C. The lead attorneys' contact information is:

> David Fish
> Patrick Cowlin
> John Kunze
> Fish Potter Bolaños, P.C.
> 200 E. 5th Avenue, Suite 123
> Naperville, IL 60565
> Tel: (630) 355-7590
> admin@fishlawfirm.com

If you choose to join the lawsuit, the law firm listed above will be representing you unless you obtain another attorney. You will not be required to pay any attorneys' fees or court costs to the Plaintiffs' lawyers. In the event the Plaintiffs prevails in the lawsuit, either by judgment or settlement, the Plaintiffs' attorneys will be requesting that the Court order Defendant to pay the Plaintiffs' lawyers their reasonable attorneys' fees and reimburse them for any expenses. Plaintiffs' attorneys will be compensated by the greater of either a one-third (1/3) contingent fee of all sums recovered by settlement, award, court-ordered attorneys' fees, or judgment, or whatever attorneys' fees and costs are awarded by the Court or obtained/negotiated through a settlement.

### VIII. NO RETALIATION PERMITTED

The FLSA prohibits employers, such as Defendants, from discriminating or retaliating against or taking adverse actions against any person for filing a lawsuit, claim or complaint for compensation, assisting or testifying in a lawsuit under the FLSA, or otherwise participating in a proceeding or

exercising their rights under the FLSA.

*THE DISTRIBUTION OF THIS NOTICE HAS BEEN AUTHORIZED BY THE FEDERAL DISTRICT COURT BUT THE COURT HAS NOT YET REACHED ANY DECISION WHETHER OR NOT THE CLAIMS IN THE LAWSUIT ARE MERITORIOUS.*

*PLEASE DO NOT CONTACT THE COURT.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEVIN WINKING, SUMMER HOLLIS, and JAMES KILBANE on behalf of themselves and all other plaintiffs similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>SMITHFIELD FRESH MEATS CORP. and SMITHFIELD DISTRIBUTION LLC<br><br>        Defendants. | Case No.: 22-CV-01937 |

[Bar code, name, and address]

**CONSENT TO JOIN**

1. I hereby consent and agree to join and opt-in to become a plaintiff in the lawsuit filed against SMITHFIELD FRESH MEATS CORP. and SMITHFIELD DISTRIBUTION LLC ("Smithfield") to pursue my claims for improper overtime rate while working as an hourly-paid workers at any time on or after May 14, 2019.

2. I understand that this lawsuit seeks unpaid overtime wages, liquidated damages, and attorneys' fees and costs under the FLSA. I consent to be bound by the Court's orders and decisions in this case.

3. I designate the law firm Fish Potter Bolaños, P.C. as my attorneys to represent me in this lawsuit.

4. I consent to having the Named Plaintiffs Kevin Winking, Summer Hollis, and James Kilbane pursue this lawsuit in my name, and on my behalf, and I designate the Named Plaintiffs to make decisions on my behalf concerning the litigation, including decisions regarding settlement or trial, negotiating a resolution of my claims and entering into an agreement regarding attorneys' fees and costs, and I understand and agree to be bound by such decisions.

5. In the event the case is certified and then decertified or dismissed without prejudice, I authorize Plaintiffs' counsel Fish Potter Bolaños, P.C. to use this consent form to re-file my claims in a separate or related action against Pinnacle Logistics.

**Signed:** _____      **Dated:** _____

**Name:** _____

## **CONTACT INFORMATION**

**Please enter the following information. This information will not be filed with the Court:**

**Address:** _____
*Street*

**Address:** _____
*City, State, Zip Code*

**Telephone No:** _____

**E-mail:** _____

(Please provide any future updates to your contact information while the case is pending)

**RETURN COMPLETED CONSENT TO JOIN FORM BY [60 days from date notice mailed/e-mailed] TO:**

[Claims Administrator]
[Address]
[Email]
[Website for online submission]

You may return your form by any one of the following methods:

1. By mail, including using the pre-paid envelop enclosed herein.

2. By E-mail to [Claims Administrator E-mail]

3. By online submission at [Claims Administrator Website]