# EXHIBIT 2.1

From: tobedetermined@domain.com
To: JohnDoeClassMember@domain.com
Re: Legal Notice of Proposed Class Action Settlement

### NOTICE OF FLSA COLLECTIVE ACTION
*Winking. et al. v. Smithfield Fresh Meats Corp., et al.* No. 22-CV-01937
(United States District Court for the Northern District of Illinois)

*This is an official court notice. You are not being sued. This is not an ad for a lawyer.*
*For more information, visit* [Website]
*Para una notificacion en Espanol, visitar* [Website]

This Notice is to inform you about a lawsuit in which you might be able to make a claim for damages under the federal Fair Labor Standards Act, to advise you of how your rights may be affected by this lawsuit, and to instruct you on the procedure for opting into/joining this case before the **[60 days from date notice mailed/e-mailed] deadline**, if you so choose. For more information, please review the following pages of this Notice

**Description of the Lawsuit:** On May 14, 2022, Plaintiffs Kevin Winking, Summer Hollis, and James Kilbane filed a lawsuit for themselves and other hourly-paid workers against Smithfield Fresh Meats Corp. and Smithfield Distribution LLC ("Defendants"), alleging violations of the federal Fair Labor Standards Act ("FLSA") for maintaining company-wide policies and practices that failed to pay workers proper overtime rate of pay in that it failed to include additional compensation in the regular rate, including but not limited to Responsibility Pay and Responsibility Bonuses Differentials, before statutory overtime compensation is computed. The lawsuit seeks payment for unpaid overtime wages plus liquidated damages, as well as attorneys' fees and costs.

Defendant denies the allegations that it violated the FLSA and that it is liable to Plaintiffs under any circumstances.

**Eligibility to Participate in This Lawsuit:** The United States District Court for the Northern District of Illinois has authorized this Notice to be distributed to:

> **All hourly-paid employees, employed by Smithfield Fresh Meats Corp. outside of North Carolina and all hourly-paid employees employed by Smithfield Distribution LLC from May 14, 2019 to the present who earned additional compensation and worked overtime during the same pay periods** ("Eligible Participants")

If you meet this description and you believe that Defendant failed to pay you for work performed through your shifts without taking uninterrupted meal breaks and/or failed to pay you a proper overtime rate that factored in additional compensation for weekend, night and/or busy shifts differentials, you have the right to join this action against Defendant to seek allegedly unpaid overtime wages and liquidated damages.

**Your Options Regarding This Lawsuit?** You may elect to join this lawsuit, bring your own separate lawsuit, or not do anything. If you choose to join this lawsuit, you must complete the Consent to Join Form available at [Website] and submit it by **[60 days from date notice mailed/e-mailed]** via regular mail, e-mail, or online submission:

[Claims Administrator]
[Address]
[Email]
[Website for online submission]

Plaintiffs' attorneys will promptly file with the Court any Consent to Join Forms that they receive. Until the Consent to Join Form is filed with the Court, the statute of limitations ordinarily continues to run. If you file a Consent to Join Form, your continued right to participate in this lawsuit may depend upon a later decision by the Court.

**Effect of Joining This Lawsuit:** If you choose to join this lawsuit, you will be bound by any ruling, settlement and/or judgment on any claim you may have under the FLSA, whether favorable or unfavorable. That means that, if Plaintiffs prevails at trail, or a settlement is reached, you may be entitled to share in the monetary award; if you lose, no money will be awarded, and you will not be able to file another lawsuit regarding the matters raised in the lawsuit.

If you choose to join this lawsuit, you may be required to respond under oath to written questions, have your deposition taken, produce documents, and/or testify in court at a trial or hearing in the United States Federal Courthouse in Chicago, Illinois.

**Effect of Not Joining This Lawsuit:** If you choose not to join this lawsuit, you will not be affected or bound by any judgment, favorable or unfavorable, on the claims brought under the FLSA that are alleged in this lawsuit; in other words, if you do not file a Consent to Join form (enclosed herewith), you will not receive any back wages or other relief that may be granted under the FLSA in this lawsuit. If you do not join the lawsuit, the legal time for you to file a claim will continue to run.

**No Retaliation Permitted:** The FLSA prohibits employers, such as Defendants, from discriminating or retaliating against or taking adverse actions against any person for filing a lawsuit, claim or complaint for compensation, assisting or testifying in a lawsuit under the FLSA, or otherwise participating in a proceeding or exercising their rights under the FLSA.

3

*THE DISTRIBUTION OF THIS NOTICE HAS BEEN AUTHORIZED BY THE FEDERAL DISTRICT COURT BUT THE COURT HAS NOT YET REACHED ANY DECISION WHETHER OR NOT THE CLAIMS IN THE LAWSUIT ARE MERITORIOUS.*

*PLEASE DO NOT CONTACT THE COURT.*