# EXHIBIT 2.2

*This is an official court notice. You are <u>not</u> being sued. This is <u>not</u> an ad for a lawyer. For more information, visit* [Website]
*Para una notificacion en Espanol, visitar* [Website]

This Notice is to inform you about a lawsuit against Smithfield Fresh Meats Corp. and Smithfield Distribution, LLC in which you might be able to make a claim for damages under the federal Fair Labor Standards Act, to advise you of how your rights may be affected by this lawsuit, and to instruct you on the procedure for opting into/joining this case before the **[60 days from date notice mailed/e-mailed] deadline**, if you so choose. For more information, please review the this Notice available [website]