IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEVIN WINKING, SUMMER HOLLIS, and JAMES KILBANE, on behalf of themselves and all other plaintiffs similarly situated, | Case No.: 1:22-cv-01937 |
| Plaintiffs, | Hon. Judge Robert M. Dow, Jr. |
| v. | |
| SMITHFIELD FRESH MEATS CORP., and SMITHFIELD DISTRIBUTION, LLC, | |
| Defendants. | |

**JOINT MOTION TO STAY PROCEEDINGS PENDING A SETTLEMENT CONFERENCE OR A RULING BY JUDGE BLAKEY ON THE PENDING MOTION TO REASSIGN AND CONSOLIDATE THIS ACTION**

Plaintiffs, Kevin Winking, Summer Hollis, and James Kilbane (together "Plaintiffs"), by and through counsel, individually and on behalf of all persons similarly situated and Defendants Smithfield Fresh Meats Corp. and Smithfield Distribution, LLC (together "Defendants"), by counsel, submit this Joint Motion to Stay Proceedings Pending a Settlement Conference or a Ruling by Judge Blakey on The Pending Motion to Reassign and Consolidate this Action. The Parties request that this civil action be stayed for 90 days to and including October 4, 2022, while the Parties participate in a settlement conference ordered by Judge Blakey. In support of this Motion to Stay Proceedings Pending Settlement Discussions, the Parties state as follows:

1. Plaintiffs allege Defendants failed to pay Plaintiffs and other similarly situated employees as required by the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b) in connection with payments known as a "responsibility bonus" or "responsibility pay."

2.     On May 31, 2022, Defendants filed a motion to dismiss this case or stay proceedings based on the first to file rule, arguing that a case pending before Judge Blakey, *Canas v. Smithfield Packaged Meats Corp., et al.*, Case No. 1:20-cv-4937 ("*Canas* action"), involves the same parties and issues. (ECF No. 11)

3.     Defendants also filed a motion to reassign the instant case to Judge Blakey and consolidate it with the *Canas* action. *See* Case No. 1:20-cv-4937, ECF No. 60.

4.     Judge Blakey conducted a motion hearing on June 29, 2022, and agreed to stay proceedings in that case and referred the matter to Magistrate Judge Harjani for a settlement conference. The Motion to Reassign this case and other pending motions were taken under advisement until the conclusion of the settlement conference. *Canas*, ECF No. 67.

5.     This Court had previously referred the case to Magistrate Judge Harjani for a settlement conference. At the initial status hearing to set the settlement conference, the parties disagreed about the scope of the claims they were settling and therefore Judge Harjani terminated the referral. ECF No. 20.

6.     In light of Judge Blakey's directives to participate in a settlement conference, which will include discussion of the claims in this action, the Parties respectfully request a stay of this action pending the outcome of the settlement conference and/or Judge Blakey's ruling on the Motion to Reassign and Consolidate.

7.     A stay will further the intent of Rule 1 of the Federal Rules of Civil Procedure, because it will allow the parties to focus their resources on settlement efforts. *See* Fed. R. Civ. P. 1 ("These rules . . . should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding.")

8. The requested 90-day stay will not prejudice the rights of Plaintiffs or potential collective members because the Parties have agreed to toll the FLSA claims asserted by Plaintiffs while they explore settlement.

9. For the foregoing reasons, the Parties respectfully request the Court stay this civil action to and including October 4, 2022, including suspending all deadlines. In the event Plaintiffs file a motion for conditional certification before or during the stay, Plaintiffs agree that Defendants' deadline to respond to the motion will be stayed for the duration of the stay. Likewise, Defendants agree that Plaintiffs' response to the Motion to Dismiss will be stayed for the duration of the stay. In the event that the case is not reassigned to Judge Blakey, the Parties will jointly notify the Court of the results of the settlement conference on or before October 4, 2022, or at such other time as the Court may order.

Dated: July 7, 2022                             Respectfully submitted,

IN   /s/ David Fish                             /s/ Jeffrey L. Rudd

FISH POTTER BOLAÑOS, P.C.                       JACKSON LEWIS P.C.

David J. Fish                                   Jeffrey L. Rudd (ARDC No 6273373)
John C. Kunze                                   150 North Michigan Avenue
200 E. 5th Avenue, Suite 123                    Suite 2500
Naperville, IL 60563                            Chicago, IL 60601
Telephone: (630) 355-7590
Facsimile: (630) 778-0400                       Telephone: (312) 803-2547
Email: dfish@fishlawfirm.com                    Facsimile: (312) 787-4995
       kunze@fishlawfirm.com                    Email: Jeffrey.Rudd@jacksonlewis.com
                                                D. Christopher Lauderdale (SC Fed. Bar No. 9051)
                                                Thomas Chase Samples (SC Fed. Bar No. 10824)
ATTORNEYS FOR PLAINTIFFS                        15 South Main Street, Suite 700
                                                Greenville, South Carolina 29601
                                                Telephone: 864-232-7000
                                                Email: lauderdc@jacksonlewis.com
                                                chase.samples@jacksonlewis.com

                                                ATTORNEYS FOR DEFENDANTS

3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KEVIN WINKING, SUMMER HOLLIS, and JAMES KILBANE, on behalf of themselves and all other plaintiffs similarly situated, | ) ) ) ) | Case No.: 1:22-cv-01937 |
| Plaintiffs, | ) ) ) | Hon. Judge Robert M. Dow, Jr. |
| v. | ) ) ) | |
| SMITHFIELD FRESH MEATS CORP., and SMITHFIELD DISTRIBUTION, LLC, | ) ) ) ) | |
| Defendants. | ) ) ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2022, the above document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    /s/ *Jeffrey R. Rudd*
    Jeffrey R. Rudd

4878-6098-3335, v. 2