IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEVIN WINKING, SUMMER HOLLIS, and JAMES KILBANE, on behalf of themselves and all other plaintiffs similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>SMITHFIELD FRESH MEATS CORP., and SMITHFIELD DISTRIBUTION, LLC,<br><br>          Defendants. | Case No.: 1:22-cv-01937<br><br>Hon. Judge Charles P. Kocoras |

## JOINT STATUS REPORT

Plaintiffs, Kevin Winking, Summer Hollis, and James Kilbane (together "Plaintiffs"), by and through counsel, individually and on behalf of all persons similarly situated and Defendants Smithfield Fresh Meats Corp. and Smithfield Distribution, LLC (together "Defendants"), by counsel, submit this Joint Status Report to update the Court on the status of settlement negotiations.

The Court previously stayed the deadlines for responsive briefs in this case to give the Parties an opportunity to explore settlement of this Action. (ECF No. 26.) The Parties participated in a series of settlement calls with Magistrate Judge Harjani over the last few months and have reached an agreement to settle some of the claims asserted in this action. Specifically, the Parties have agreed to resolve the claims of employees of Smithfield Distribution, LLC. As directed by Judge Harjani, the Parties intend to file a motion for settlement approval on or before October 21, 2022.

Two motions are currently pending and the response deadlines stayed, including Defendants' Motion to Dismiss (ECF No. 11) and Plaintiffs' Motion for Conditional Certification (ECF No. 22). The Parties agree that the deadlines to respond to those motions should continue to be stayed until the settlement of the employees of Smithfield Distribution, LLC is approved and Judge Blakey rules on the Motion to Reassign this case, pending in the *Canas* action (*Canas v. Smithfield Packaged Meats Corp., et al.*, Case No. 1:20-cv-4937).

Dated: October 18, 2022  Respectfully submitted,

/s/*John C. Kunze*  /s/ *Jeffrey L. Rudd*

FISH POTTER BOLAÑOS, P.C.  JACKSON LEWIS P.C.

David J. Fish
John C. Kunze
200 E. 5th Avenue, Suite 123
Naperville, IL 60563
Telephone: (630) 355-7590
Facsimile: (630) 778-0400
Email: dfish@fishlawfirm.com
       kunze@fishlawfirm.com

ATTORNEYS FOR PLAINTIFFS

Jeffrey L. Rudd (ARDC No 6273373)
150 North Michigan Avenue
Suite 2500
Chicago, IL 60601

Telephone: (312) 803-2547
Facsimile: (312) 787-4995
Email: Jeffrey.Rudd@jacksonlewis.com
D. Christopher Lauderdale (SC Fed. Bar No. 9051)
Thomas Chase Samples (SC Fed. Bar No. 10824)
15 South Main Street, Suite 700
Greenville, South Carolina 29601
Telephone: 864-232-7000
Email: lauderdc@jacksonlewis.com
chase.samples@jacksonlewis.com

ATTORNEYS FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEVIN WINKING, SUMMER HOLLIS, and JAMES KILBANE, on behalf of themselves and all other plaintiffs similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SMITHFIELD FRESH MEATS CORP., and SMITHFIELD DISTRIBUTION, LLC,<br><br>Defendants. | Case No.: 1:22-cv-01937<br><br>Hon. Judge Charles P. Kocoras |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2022, the above document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

           /s/ *Jeffrey R. Rudd*
           Jeffrey R. Rudd

4877-4305-8745, v. 1