# EXHIBIT 3

**THIS IS NOT AN ADVERTISEMENT OR ATTORNEY SOLICITATION. THIS NOTICE HAS BEEN APPROVED BY THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS AND CONTAINS IMPORTANT INFORMATION ABOUT YOUR LEGAL RIGHTS. PLEASE READ THIS NOTICE CAREFULLY.**

This notice is being sent pursuant to a proposed settlement of the following collective action lawsuit pending in the U.S. District Court for the Northern District of Illinois:

*Winking, et al. v. Smithfield Fresh Meats Corp. 22-CV-01937*

Date

*Via Regular United States Mail*
Name
Street Address
City, State, and Zip Code

Re: **Smithfield Distribution, LLC Lawsuit – Notice of Settlement and Opportunity to Participate**

Dear [Name]:

You are receiving this letter because a federal court in Chicago, Illinois recently approved the settlement of an overtime lawsuit against Smithfield Distribution, LLC ("Defendant"), and you are affected by this settlement due to your employment with Defendant. The total amount of the approved settlement is $180,000, which will be shared by the group of affected employees who choose to submit claims. The name of the lawsuit is *Winking, et al. v. Smithfield Fresh Meats Corp., et al.* The settlement provides for overtime compensation to individuals employed as hourly non-exempt employees by Defendant who received at least one Responsibility Bonus payment, and whose weekly pay did not include sufficient overtime to cover all overtime allegedly owed had the Responsibility Bonus been included in the regular rate of pay between April 1, 2020 and October 31, 2020 (the "Class Period").

Your net settlement payment in this settlement is estimated to be $_____. To receive this payment, you must sign and submit the attached Claim Form within 60 days from the postmark date on the envelope. If you do not submit a Claim Form then you will not get any money and you will not release any claims against Smithfield. Claim Forms can be submitted by mail, email, fax, or electronically at [_____].

Your settlement payment was calculated based on the overtime hours you worked, any Responsibility Bonus you received, and your rates of pay as reflected in your time and payroll records provided by Defendant. Individual settlement payments were calculated after reducing the gross amount of the settlement to account for attorney fees, costs, settlement administrator fees, a service award and Smithfield's share of payroll taxes. The attorneys representing the workers who brought this case have been awarded one-third of the settlement as fees ($60,000) and $642.51 in

costs; named plaintiff, James Kilbane has been awarded $5,000 as a service award from the settlement; settlement administrator fees of $17,676.00 have been approved by the Court.

Your net settlement payment may increase if less than 60% of the net settlement fund is claimed by settlement members.

By joining this settlement and signing and submitting a claim form, you agree to be bound by the Agreement to settle the case, and agree to release Smithfield Distribution, Inc. and Smithfield Foods Inc. and their affiliates, parents, subsidiaries, predecessors, successors, employees and agents, from any and all known or unknown claims, debts, penalties, liabilities, demands, obligations, guarantees, costs, expenses, attorneys' fees, damages, interests, causes of action of whatever kind or nature relating in any way to the failure to properly compute wages during the Class Period or to the facts and claims that were alleged or that reasonably arise out of the acts alleged in the lawsuit, which includes all claims for uncompensated time, minimum wages, overtime wages, or any other wages, including, but not limited to, claims arising under the FLSA, state statutes governing minimum wages, overtime wages, and payment of wages, wage notices, state common law (breach of contract, unjust enrichment and other common law claims), and any other federal, state, or local law, rule, regulation, ordinance, or public policy. If you decide not to participate in the settlement, then you should not submit a claim form. If you do not participate, then your rights will not be affected.

A portion of your settlement payment is being allocated to unpaid wages. Payroll taxes will be withheld from the wage portion of your settlement payment. You will receive a W-2 form reporting the wage portion of your settlement. The other portion of your settlement payment will be allocated to liquidated damages. No payroll taxes will be withheld from this portion of your settlement payment. If required by IRS rules, you will receive a 1099 form reporting the non-wage portion of your settlement. No one is providing you tax advice in connection with the settlement. It is your responsibility to consult with a tax advisor if you have questions about the tax implications of the settlement.

If you have questions about the terms of the settlement, please call the following lawyer, who is representing the workers: John Kunze at (331) 425-7087.

Regards,


Name