# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Kevin Winking, et al.

                                       Plaintiff,

v.                                                                Case No.: 1:22–cv–01937
                                                                      Honorable Charles P. Kocoras

Smithfield Fresh Meats Corp., et al.

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 4, 2022:

      MINUTE entry before the Honorable Charles P. Kocoras: The Court finds that the settlement is fair reasonable, and adequate in all respects. Motion for approval of collective action settlement with Smithfield Distribution, LLC [29] is granted. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.