**Smithfield Distribution Overtime Lawsuit**
c/o Analytics Consulting LLC
P.O. Box 2002
Chanhassen, MN 55317-2002
Email: info@SmithfieldDistributionOvertimeLawsuit.com

WNK00000A6AA1

CHRYSTEN ANDOUMBA NGOUYA

# CLAIM FORM FOR PAYMENT

*Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*

**This form can be completed online at:  www.SmithfieldDistributionOvertimeLawsuit.com**
**The Settlement Agreement can be viewed at:  www.SmithfieldDistributionOvertimeLawsuit.com**

*You Must Complete All **THREE** Steps to Claim a Share of the Settlement Fund:*Claims.

1. **You Must Provide Your Contact Information.**

   Name: _CHRYSTEN ANDOUMBA NGOUYA_

   Address: ████████████████████_____

   City/State/Zip Code: ████████████████_____

   Telephone Number: ████████████_____

   Email Address: ████████████_____

2. **You Must Agree To This Statement.**

   I am opting into and agree to be bound by the Settlement Agreement in *Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937.*

   _(signature)_____
   (Sign your name here)

3. **You Must Return this Claim Form so that it is Received (if returned by fax, or electronic delivery) or Postmarked (if returned by U.S. mail) by January 31, 2023:**

   (a) Fax this Claim Form to: (952) 404-5750  ***OR***

   (b) Mail this Claim Form to:  Smithfield Distribution Overtime Lawsuit, c/o Analytics Consulting LLC, P.O. Box 2002, Chanhassen, MN 55317-2002  ***OR***

   (c) Submit this Claim Form electronically at: www.SmithfieldDistributionOvertimeLawsuit.com  ***OR***

   (d) Email this Claim Form to: info@SmithfieldDistributionOvertimeLawsuit.com

*If the deadline to submit this form has already expired, then you may still be eligible to receive a payment. Please email a copy of this completed form to info@SmithfieldDistributionOvertimeLawsuit.com or call (855) 511-1973 as soon as possible.

**Smithfield Distribution Overtime Lawsuit**
c/o Analytics Consulting LLC
P.O. Box 2002
Chanhassen, MN 55317-2002
Email: info@SmithfieldDistributionOvertimeLawsuit.com

WNK00000B6C89

JACK BALDWIN

## CLAIM FORM FOR PAYMENT

*Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*

**This form can be completed online at: www.SmithfieldDistributionOvertimeLawsuit.com**
**The Settlement Agreement can be viewed at: www.SmithfieldDistributionOvertimeLawsuit.com**

*You Must Complete All **THREE** Steps to Claim a Share of the Settlement Fund:* Claims.

1. **You Must Provide Your Contact Information.**

   Name: _____

   Address _____

   City/State/Zip Code: _____

   Telephone Number: _____

   Email Address: _____

2. **You Must Agree To This Statement.**

   I am opting into and agree to be bound by the Settlement Agreement in ***Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937.***

   *Jack D. Baldwin*
   (Sign your name here)

3. **You Must Return this Claim Form so that it is Received (if returned by fax, or electronic delivery) or Postmarked (if returned by U.S. mail) by January 31, 2023:**

   (a) Fax this Claim Form to: (952) 404-5750   ***OR***

   (b) Mail this Claim Form to: Smithfield Distribution Overtime Lawsuit, c/o Analytics Consulting LLC, P.O. Box 2002, Chanhassen, MN 55317-2002   ***OR***

   (c) Submit this Claim Form electronically at: www.SmithfieldDistributionOvertimeLawsuit.com   ***OR***

   (d) Email this Claim Form to: info@SmithfieldDistributionOvertimeLawsuit.com

*If the deadline to submit this form has already expired, then you may still be eligible to receive a payment. Please email a copy of this completed form to info@SmithfieldDistributionOvertimeLawsuit.com or call (855) 511-1973 as soon as possible.

**Smithfield Distribution Overtime Lawsuit**
c/o Analytics Consulting LLC
P.O. Box 2002
Chanhassen, MN 55317-2002
Email: info@SmithfieldDistributionOvertimeLawsuit.com

WNK00000B68D5

TONAKO BARNES

## CLAIM FORM FOR PAYMENT

*Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*

**This form can be completed online at: www.SmithfieldDistributionOvertimeLawsuit.com**
**The Settlement Agreement can be viewed at: www.SmithfieldDistributionOvertimeLawsuit.com**

*You Must Complete All THREE Steps to Claim a Share of the Settlement Fund:*Claims.

1. **You Must Provide Your Contact Information.**

   Name: Tonako Barnes

   Address: ▮▮▮▮▮▮▮▮▮▮▮▮

   City/State/Zip Code: ▮▮▮▮▮▮▮▮▮▮▮▮

   Telephone Number: ▮▮▮▮▮▮▮▮

   Email Address: ▮▮▮▮▮▮▮▮

2. **You Must Agree To This Statement.**

   I am opting into and agree to be bound by the Settlement Agreement in *Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937.*

   Tonako Barnes

   (Sign your name here)

3. **You Must Return this Claim Form so that it is Received (if returned by fax, or electronic delivery) or Postmarked (if returned by U.S. mail) by January 31, 2023:**

   (a) Fax this Claim Form to: (952) 404-5750   *OR*

   (b) Mail this Claim Form to: Smithfield Distribution Overtime Lawsuit, c/o Analytics Consulting LLC, P.O. Box 2002, Chanhassen, MN 55317-2002   *OR*

   (c) Submit this Claim Form electronically at: www.SmithfieldDistributionOvertimeLawsuit.com   *OR*

   (d) Email this Claim Form to: info@SmithfieldDistributionOvertimeLawsuit.com

*If the deadline to submit this form has already expired, then you may still be eligible to receive a payment. Please email a copy of this completed form to info@SmithfieldDistributionOvertimeLawsuit.com or call (855) 511-1973 as soon as possible.

**Smithfield Distribution Overtime Lawsuit**
c/o Analytics Consulting LLC
P.O. Box 2002
Chanhassen, MN 55317-2002
Email: info@SmithfieldDistributionOvertimeLawsuit.com

WNK000009DCE3

|||||||||||||||||||||||||||||||||||||||||||||||||||||||

BYRON BEARD

███████████████████████████████████

ıldıılıldıl··········ıllıılılılıllıllıl··ılllllıllııldı

## CLAIM FORM FOR PAYMENT

*Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*

**This form can be completed online at: www.SmithfieldDistributionOvertimeLawsuit.com**
**The Settlement Agreement can be viewed at: www.SmithfieldDistributionOvertimeLawsuit.com**

*You Must Complete All **THREE** Steps to Claim a Share of the Settlement Fund:*Claims.

1. **You Must Provide Your Contact Information.**

   Name: ByRON L. BEARD

   Address: ███████████████████████████████████

   City/State/Zip Cod ███████████████████████████████████

   Telephone Numbe ███████████████████████

   Email Address: ███████████████████████

2. **You Must Agree To This Statement.**

   I am opting into and agree to be bound by the Settlement Agreement in *Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*.

   *Byron L. Beard*
   (Sign your name here)

3. **You Must Return this Claim Form so that it is Received (if returned by fax, or electronic delivery) or Postmarked (if returned by U.S. mail) by January 31, 2023:**

   (a) Fax this Claim Form to: (952) 404-5750   ***OR***

   (b) Mail this Claim Form to:  Smithfield Distribution Overtime Lawsuit, c/o Analytics Consulting LLC, P.O. Box 2002, Chanhassen, MN 55317-2002   ***OR***

   (c) Submit this Claim Form electronically at: www.SmithfieldDistributionOvertimeLawsuit.com   ***OR***

   (d) Email this Claim Form to: info@SmithfieldDistributionOvertimeLawsuit.com

*If the deadline to submit this form has already expired, then you may still be eligible to receive a payment. Please email a copy of this completed form to info@SmithfieldDistributionOvertimeLawsuit.com or call (855) 511-1973 as soon as possible.

**Smithfield Distribution Overtime Lawsuit**
c/o Analytics Consulting LLC
P.O. Box 2002
Chanhassen, MN 55317-2002
Email: info@SmithfieldDistributionOvertimeLawsuit.com

WNK00000B4591

HOWARD BELL

## CLAIM FORM FOR PAYMENT

*Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*

**This form can be completed online at: www.SmithfieldDistributionOvertimeLawsuit.com**
**The Settlement Agreement can be viewed at: www.SmithfieldDistributionOvertimeLawsuit.com**

*You Must Complete All **THREE** Steps to Claim a Share of the Settlement Fund:*Claims.

1. **You Must Provide Your Contact Information.**

   Name: _HOWARD BELL_

   Address: _____

   City/State/Zip Code

   Telephone Number

   Email Address: _____

2. **You Must Agree To This Statement.**

   I am opting into and agree to be bound by the Settlement Agreement in *Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937.*

   _Howard O. Bell_
   (Sign your name here)

3. **You Must Return this Claim Form so that it is Received (if returned by fax, or electronic delivery) or Postmarked (if returned by U.S. mail) by January 31, 2023:**

   (a) Fax this Claim Form to: (952) 404-5750   ***OR***

   (b) Mail this Claim Form to:  Smithfield Distribution Overtime Lawsuit, c/o Analytics Consulting LLC, P.O. Box 2002, Chanhassen, MN 55317-2002   ***OR***

   (c) Submit this Claim Form electronically at: www.SmithfieldDistributionOvertimeLawsuit.com   ***OR***

   (d) Email this Claim Form to: info@SmithfieldDistributionOvertimeLawsuit.com

*If the deadline to submit this form has already expired, then you may still be eligible to receive a payment. Please email a copy of this completed form to info@SmithfieldDistributionOvertimeLawsuit.com or call (855) 511-1973 as soon as possible.

**Smithfield Distribution Overtime Lawsuit**
c/o Analytics Consulting LLC
P.O. Box 2002
Chanhassen, MN 55317-2002
Email: info@SmithfieldDistributionOvertimeLawsuit.com



WNK000008E46E

JAMES BELL

# CLAIM FORM FOR PAYMENT

*Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*

**This form can be completed online at: www.SmithfieldDistributionOvertimeLawsuit.com**
**The Settlement Agreement can be viewed at: www.SmithfieldDistributionOvertimeLawsuit.com**

*You Must Complete All **THREE** Steps to Claim a Share of the Settlement Fund:*Claims.

1. **You Must Provide Your Contact Information.**

   Name: James Bell

   Address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

   City/State/Zip Code: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

   Telephone Number: ▮▮▮▮▮▮▮▮▮▮▮▮

   Email Address: ▮▮▮▮▮▮▮▮▮▮▮▮▮

2. **You Must Agree To This Statement.**

   I am opting into and agree to be bound by the Settlement Agreement in *Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*.

   *James Bell*
   (Sign your name here)

3. **You Must Return this Claim Form so that it is Received (if returned by fax, or electronic delivery) or Postmarked (if returned by U.S. mail) by January 31, 2023:**

   (a) Fax this Claim Form to: (952) 404-5750   **OR**

   (b) Mail this Claim Form to: Smithfield Distribution Overtime Lawsuit, c/o Analytics Consulting LLC, P.O. Box 2002, Chanhassen, MN 55317-2002   **OR**

   (c) Submit this Claim Form electronically at: www.SmithfieldDistributionOvertimeLawsuit.com   **OR**

   (d) Email this Claim Form to: info@SmithfieldDistributionOvertimeLawsuit.com

*If the deadline to submit this form has already expired, then you may still be eligible to receive a payment. Please email a copy of this completed form to info@SmithfieldDistributionOvertimeLawsuit.com or call (855) 511-1973 as soon as possible.

**Smithfield Distribution Overtime Lawsuit**
c/o Analytics Consulting LLC
P.O. Box 2002
Chanhassen, MN 55317-2002
Email: info@SmithfieldDistributionOvertimeLawsuit.com

WNK00000AE477

ROBERTO BELONG

## CLAIM FORM FOR PAYMENT

*Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*

**This form can be completed online at: www.SmithfieldDistributionOvertimeLawsuit.com**
**The Settlement Agreement can be viewed at: www.SmithfieldDistributionOvertimeLawsuit.com**

*You Must Complete All **THREE** Steps to Claim a Share of the Settlement Fund:*Claims.

1. **You Must Provide Your Contact Information.**

   Name: ROBERTO M. BELONG

   Address:

   City/State/Zip Code:

   Telephone Number:

   Email Address:

2. **You Must Agree To**

   I am opting into and agree to be bound by the Settlement Agreement in ***Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937.***

   _____
   (Sign your name here)

3. **You Must Return this Claim Form so that it is Received (if returned by fax, or electronic delivery) or Postmarked (if returned by U.S. mail) by January 31, 2023:**

   (a) Fax this Claim Form to: (952) 404-5750   ***OR***

   (b) Mail this Claim Form to:  Smithfield Distribution Overtime Lawsuit, c/o Analytics Consulting LLC, P.O. Box 2002, Chanhassen, MN 55317-2002   ***OR***

   (c) Submit this Claim Form electronically at: www.SmithfieldDistributionOvertimeLawsuit.com   ***OR***

   (d) Email this Claim Form to: info@SmithfieldDistributionOvertimeLawsuit.com

*If the deadline to submit this form has already expired, then you may still be eligible to receive a payment. Please email a copy of this completed form to info@SmithfieldDistributionOvertimeLawsuit.com or call (855) 511-1973 as soon as possible.

**Smithfield Distribution Overtime Lawsuit**
c/o Analytics Consulting LLC
P.O. Box 2002
Chanhassen, MN 55317-2002
Email: info@SmithfieldDistributionOvertimeLawsuit.com

WNK00000C5F30

JACOBO BENAVIDES RIVERA

# CLAIM FORM FOR PAYMENT

*Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*.

**This form can be completed online at: www.SmithfieldDistributionOvertimeLawsuit.com**
**The Settlement Agreement can be viewed at: www.SmithfieldDistributionOvertimeLawsuit.com**

*You Must Complete All **THREE** Steps to Claim a Share of the Settlement Fund:* Claims.

1. **You Must Provide Your Contact Information.**

   Name: *Jacobo Benavides Rivera*

   Address:

   City/State/Zip Code:

   Telephone Number:

   Email Address:

2. **You Must Agree To This Statement.**

   I am opting into and agree to be bound by the Settlement Agreement in *Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*.

   (Sign your name here)

3. **You Must Return this Claim Form so that it is Received (if returned by fax, or electronic delivery) or Postmarked (if returned by U.S. mail) by January 31, 2023:**

   (a) Fax this Claim Form to: (952) 404-5750  *OR*

   (b) Mail this Claim Form to:  Smithfield Distribution Overtime Lawsuit, c/o Analytics Consulting LLC, P.O. Box 2002, Chanhassen, MN 55317-2002  *OR*

   (c) Submit this Claim Form electronically at: www.SmithfieldDistributionOvertimeLawsuit.com  *OR*

   (d) Email this Claim Form to: info@SmithfieldDistributionOvertimeLawsuit.com

*If the deadline to submit this form has already expired, then you may still be eligible to receive a payment. Please email a copy of this completed form to info@SmithfieldDistributionOvertimeLawsuit.com or call (855) 511-1973 as soon as possible.

**Smithfield Distribution Overtime Lawsuit**
P.O. Box 2002
Chanhassen, MN 55317-2002
Email: info@SmithfieldDistributionOvertimeLawsuit.com

WNK00000BDE3C

MHAMMED BOUADDOU

## CLAIM FORM FOR PAYMENT

*Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*

**This form can be completed online at: www.SmithfieldDistributionOvertimeLawsuit.com**
**The Settlement Agreement can be viewed at: www.SmithfieldDistributionOvertimeLawsuit.com**

*You Must Complete All **THREE** Steps to Claim a Share of the Settlement Fund*:Claims.

1. **You Must Provide Your Contact Information.**

   Name: _Mhammed Bouaddou_

   Address: _____

   City/State/Zip Code: _____

   Telephone Number: _____

   Email Address: _____

2. **You Must Agree To This Statement.**

   I am opting into and agree to be bound by the Settlement Agreement in *Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*.

   _Mhammed bouaddou_
   (Sign your name here)

3. **You Must Return this Claim Form so that it is Received (if returned by fax, or electronic delivery) or Postmarked (if returned by U.S. mail) by January 31, 2023:**

   (a) Fax this Claim Form to: (952) 404-5750   ***OR***

   (b) Mail this Claim Form to:  Smithfield Distribution Overtime Lawsuit, c/o Analytics Consulting LLC, P.O. Box 2002, Chanhassen, MN 55317-2002   ***OR***

   (c) Submit this Claim Form electronically at: www.SmithfieldDistributionOvertimeLawsuit.com   ***OR***

   (d) Email this Claim Form to: info@SmithfieldDistributionOvertimeLawsuit.com

*If the deadline to submit this form has already expired, then you may still be eligible to receive a payment. Please email a copy of this completed form to info@SmithfieldDistributionOvertimeLawsuit.com or call (855) 511-1973 as soon as possible.

**Smithfield Distribution Overtime Lawsuit**
c/o Analytics Consulting LLC
P.O. Box 2002
Chanhassen, MN 55317-2002
Email: info@SmithfieldDistributionOvertimeLawsuit.com

WNK00000B859F



ROBERT BROOKS

# CLAIM FORM FOR PAYMENT

*Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*

**This form can be completed online at: www.SmithfieldDistributionOvertimeLawsuit.com**
**The Settlement Agreement can be viewed at: www.SmithfieldDistributionOvertimeLawsuit.com**

*You Must Complete All **THREE** Steps to Claim a Share of the Settlement Fund:*Claims.

1. **You Must Provide Your Contact Information.**

   Name: *Robert Brooks*
   Address: ███████████████████
   City/State/Zip Code ███████████████
   Telephone Num ████████████
   Email Address: ██████████████

2. **You Must Agree To This Statement.**

   I am opting into and agree to be bound by the Settlement Agreement in *Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*.

   *Robert Brooks*
   (Sign your name here)

3. **You Must Return this Claim Form so that it is Received (if returned by fax, or electronic delivery) or Postmarked (if returned by U.S. mail) by January 31, 2023:**

   (a) Fax this Claim Form to: (952) 404-5750  **OR**

   (b) Mail this Claim Form to: Smithfield Distribution Overtime Lawsuit, c/o Analytics Consulting LLC, P.O. Box 2002, Chanhassen, MN 55317-2002  **OR**

   (c) Submit this Claim Form electronically at: www.SmithfieldDistributionOvertimeLawsuit.com  **OR**

   (d) Email this Claim Form to: info@SmithfieldDistributionOvertimeLawsuit.com

*If the deadline to submit this form has already expired, then you may still be eligible to receive a payment. Please email a copy of this completed form to info@SmithfieldDistributionOvertimeLawsuit.com or call (855) 511-1973 as soon as possible.

**Smithfield Distribution Overtime Lawsuit**
c/o Analytics Consulting LLC
P.O. Box 2002
Chanhassen, MN 55317-2002
Email: info@SmithfieldDistributionOvertimeLawsuit.com

WNK00000A2C04

SEVERINO CAISIP

## CLAIM FORM FOR PAYMENT

*Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No.  22-cv-01937*

**This form can be completed online at:  www.SmithfieldDistributionOvertimeLawsuit.com**
**The Settlement Agreement can be viewed at:  www.SmithfieldDistributionOvertimeLawsuit.com**

*You Must Complete All **THREE** Steps to Claim a Share of the Settlement Fund:*Claims.

1. **You Must Provide Your Contact Information.**

   Name:  *SEVERINO  CAISIP  JR.*

   Address:

   City/State/Zip Code:

   Telephone Number:

   Email Address:

2. **You Must Agree To This Statement.**

   I am opting into and agree to be bound by the Settlement Agreement in *Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*.

   *Severino Caisip*

   (Sign your name here)

3. **You Must Return this Claim Form so that it is Received (if returned by fax, or electronic  delivery) or Postmarked (if returned by U.S. mail) by January 31, 2023:**

   (a) Fax this Claim Form to: (952) 404-5750  ***OR***

   (b) Mail this Claim Form to:  Smithfield Distribution Overtime Lawsuit, c/o Analytics Consulting LLC, P.O. Box 2002, Chanhassen, MN 55317-2002  ***OR***

   (c) Submit this Claim Form electronically at: www.SmithfieldDistributionOvertimeLawsuit.com  ***OR***

   (d) Email this Claim Form to: info@SmithfieldDistributionOvertimeLawsuit.com

*If the deadline to submit this form has already expired, then you may still be eligible to receive a payment. Please email a copy of this completed form to info@SmithfieldDistributionOvertimeLawsuit.com or call (855) 511-1973 as soon as possible.

**Smithfield Distribution Overtime Lawsuit**
c/o Analytics Consulting LLC
P.O. Box 2002
Chanhassen, MN 55317-2002
Email: info@SmithfieldDistributionOvertimeLawsuit.com



WNK000008C061

WAYNE CAMERON

# CLAIM FORM FOR PAYMENT

*Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*

**This form can be completed online at: www.SmithfieldDistributionOvertimeLawsuit.com**
**The Settlement Agreement can be viewed at: www.SmithfieldDistributionOvertimeLawsuit.com**

*You Must Complete All **THREE** Steps to Claim a Share of the Settlement Fund:*Claims.

1. **You Must Provide Your Contact Information.**

   Name: WAYNE A CAMERON

   Address: _____

   City/State/Zip Code: _____

   Telephone Number: _____

   Email Address: _____

2. **You Must Agree To This Statement.**

   I am opting into and agree to be bound by the Settlement Agreement in *Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937.*

   _Wayne A Cameron_
   (Sign your name here)

3. **You Must Return this Claim Form so that it is Received (if returned by fax, or electronic delivery) or Postmarked (if returned by U.S. mail) by January 31, 2023:**

   (a) Fax this Claim Form to: (952) 404-5750 ***OR***

   (b) Mail this Claim Form to: Smithfield Distribution Overtime Lawsuit, c/o Analytics Consulting LLC, P.O. Box 2002, Chanhassen, MN 55317-2002 ***OR***

   (c) Submit this Claim Form electronically at: www.SmithfieldDistributionOvertimeLawsuit.com ***OR***

   (d) Email this Claim Form to: info@SmithfieldDistributionOvertimeLawsuit.com

*If the deadline to submit this form has already expired, then you may still be eligible to receive a payment. Please email a copy of this completed form to info@SmithfieldDistributionOvertimeLawsuit.com or call (855) 511-1973 as soon as possible.

**Smithfield Distribution Overtime Lawsuit**
c/o Analytics Consulting LLC
P.O. Box 2002
Chanhassen, MN 55317-2002
Email: info@SmithfieldDistributionOvertimeLawsuit.com

WNK00000CEDFC

|||||||||||||||||||||||||||||||||||||||||||||

CLARA CARPENTER
6929 E 10TH ST # 166
INDIANAPOLIS, IN 46219-4803

||||||||||||||||||||||||||||||||||||||||||||||

Claim Number: 1000234

PIN: 3qFKL9Z7

## <u>CLAIM FORM FOR PAYMENT</u>

*Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*

**This form can be completed online at: www.SmithfieldDistributionOvertimeLawsuit.com**
**The Settlement Agreement can be viewed at: www.SmithfieldDistributionOvertimeLawsuit.com**

*You Must Complete All **THREE** Steps to Claim a Share of the Settlement Fund:*Claims.

1. **<u>You Must Provide Your Contact Information.</u>**

   Name: CLARA Denice CARpenteR

   Address: █████████████████████████████████████

   City/State/Zip Code █████████████████████████████████

   Telephone Number: ████████████████████████████████

   Email Address: ████████████████████████████████████

2. **<u>You Must Agree To This Statement.</u>**

   I am opting into and agree to be bound by the Settlement Agreement in ***Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937.***

   *Clara D Carpenter*
   (Sign your name here)

3. **<u>You Must Return this Claim Form so that it is Received (if returned by fax, or electronic delivery) or Postmarked (if returned by U.S. mail) by January 31, 2023:</u>**

   (a) Fax this Claim Form to: (952) 404-5750  ***OR***

   (b) Mail this Claim Form to: Smithfield Distribution Overtime Lawsuit, c/o Analytics Consulting LLC, P.O. Box 2002, Chanhassen, MN 55317-2002  ***OR***

   (c) Submit this Claim Form electronically at: www.SmithfieldDistributionOvertimeLawsuit.com  ***OR***

   (d) Email this Claim Form to: info@SmithfieldDistributionOvertimeLawsuit.com

*If the deadline to submit this form has already expired, then you may still be eligible to receive a payment. Please email a copy of this completed form to info@SmithfieldDistributionOvertimeLawsuit.com or call (855) 511-1973 as soon as possible.

**Smithfield Distribution Overtime Lawsuit**
c/o Analytics Consulting LLC
P.O. Box 2002
Chanhassen, MN 55317-2002
Email: info@SmithfieldDistributionOvertimeLawsuit.com

WNK00000CAD50

JULIO CASTELLANOS NUNEZ



## CLAIM FORM FOR PAYMENT

*Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*

This form can be completed online at: **www.SmithfieldDistributionOvertimeLawsuit.com**
The Settlement Agreement can be viewed at: **www.SmithfieldDistributionOvertimeLawsuit.com**

*You Must Complete All **THREE** Steps to Claim a Share of the Settlement Fund:*Claims.

1. **You Must Provide Your Contact Information.**

   Name: Julio Castellanos Nunez
   Address:
   City/State/Zip Code:
   Telephone Number
   Email Address:

2. **You Must Agree To This Statement.**

   I am opting into and agree to be bound by the Settlement Agreement in *Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*.

   _____
   (Sign your name here)

3. **You Must Return this Claim Form so that it is Received (if returned by fax, or electronic delivery) or Postmarked (if returned by U.S. mail) by January 31, 2023:**

   (a) Fax this Claim Form to: (952) 404-5750   **OR**

   (b) Mail this Claim Form to: Smithfield Distribution Overtime Lawsuit, c/o Analytics Consulting LLC, P.O. Box 2002, Chanhassen, MN 55317-2002   **OR**

   (c) Submit this Claim Form electronically at: www.SmithfieldDistributionOvertimeLawsuit.com   **OR**

   (d) Email this Claim Form to: info@SmithfieldDistributionOvertimeLawsuit.com

*If the deadline to submit this form has already expired, then you may still be eligible to receive a payment. Please email a copy of this completed form to info@SmithfieldDistributionOvertimeLawsuit.com or call (855) 511-1973 as soon as possible.

**Smithfield Distribution Overtime Lawsuit**
c/o Analytics Consulting LLC
P.O. Box 2002
Chanhassen, MN 55317-2002
Email: info@SmithfieldDistributionOvertimeLawsuit.com

WNK00000A8709

|||||||||||||||||||||||||||||||||||||||||||||||||||

JOSE CASTILLO

|·||·|·|||·||··||·||·|||·|··|·||

## CLAIM FORM FOR PAYMENT

*Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*

**This form can be completed online at: www.SmithfieldDistributionOvertimeLawsuit.com**
**The Settlement Agreement can be viewed at: www.SmithfieldDistributionOvertimeLawsuit.com**

*You Must Complete All **THREE** Steps to Claim a Share of the Settlement Fund:* Claims.

1. **You Must Provide Your Contact Information.**

   Name: *JOSE Armando Castillo*

   Address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

   City/State/Zip Code: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

   Telephone Number: ▮▮▮▮▮▮▮▮▮▮

   Email Address: ▮▮▮▮▮▮▮▮▮▮▮

2. **You Must Agree To This Statement.**

   I am opting into and agree to be bound by the Settlement Agreement in *Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937.*

   *Jose A. Castillo*          *12-9-2022*
   (Sign your name here)

3. **You Must Return this Claim Form so that it is Received (if returned by fax, or electronic delivery) or Postmarked (if returned by U.S. mail) by January 31, 2023:**

   (a) Fax this Claim Form to: (952) 404-5750  ***OR***

   (b) Mail this Claim Form to: Smithfield Distribution Overtime Lawsuit, c/o Analytics Consulting LLC, P.O. Box 2002, Chanhassen, MN 55317-2002  ***OR***

   (c) Submit this Claim Form electronically at: www.SmithfieldDistributionOvertimeLawsuit.com  ***OR***

   (d) Email this Claim Form to: info@SmithfieldDistributionOvertimeLawsuit.com

*If the deadline to submit this form has already expired, then you may still be eligible to receive a payment. Please email a copy of this completed form to info@SmithfieldDistributionOvertimeLawsuit.com or call (855) 511-1973 as soon as possible.

## Analytics

### #437576

---

## Ticket Details

| **Status** | **Priority** | **Source** | **Type** |
|---|---|---|---|
| Open | Low | Email | |

**Agent**
Deb Choulock

| **Product** | **Claim Number** |
|---|---|
| Private Sector Cases | |

---

by **bbridges102298** on **Thu, 2 Feb at 4:09 PM** via **Email**

## Lawsuit



Sent from my Verizon, Samsung Galaxy smartphone

**Smithfield Distribution Overtime Lawsuit**
c/o Analytics Consulting LLC
P.O. Box 2002
Chanhassen, MN 55317-2002
Email: info@SmithfieldDistributionOvertimeLawsuit.com

WNK0000089D06

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

JASPER CHAPMAN



## CLAIM FORM FOR PAYMENT

*Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*

**This form can be completed online at: www.SmithfieldDistributionOvertimeLawsuit.com**
**The Settlement Agreement can be viewed at: www.SmithfieldDistributionOvertimeLawsuit.com**

*You Must Complete All **THREE** Steps to Claim a Share of the Settlement Fund:*Claims.

1. **You Must Provide Your Contact Information.**

   Name: Jasper L Chapman
   Address: ▮▮▮▮▮▮▮▮▮▮▮▮
   City/State/Zip Code: ▮▮▮▮▮▮▮▮▮▮
   Telephone Number: ▮▮▮▮▮▮▮▮
   Email Address: ▮▮▮▮▮▮▮▮▮▮

2. **You Must Agree To This Statement.**

   I am opting into and agree to be bound by the Settlement Agreement in *Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*.

   (Sign your name here)

3. **You Must Return this Claim Form so that it is Received (if returned by fax, or electronic delivery) or Postmarked (if returned by U.S. mail) by January 31, 2023:**

   (a) Fax this Claim Form to: (952) 404-5750   **OR**

   (b) Mail this Claim Form to: Smithfield Distribution Overtime Lawsuit, c/o Analytics Consulting LLC, P.O. Box 2002, Chanhassen, MN 55317-2002   **OR**

   (c) Submit this Claim Form electronically at: www.SmithfieldDistributionOvertimeLawsuit.com   **OR**

   (d) Email this Claim Form to: info@SmithfieldDistributionOvertimeLawsuit.com

\*If the deadline to submit this form has already expired, then you may still be eligible to receive a payment. Please email a copy of this completed form to info@SmithfieldDistributionOvertimeLawsuit.com or call (855) 511-1973 as soon as possible.

c/o Analytics Consulting LLC
P.O. Box 2002
Chanhassen, MN 55317-2002
Email: info@SmithfieldDistributionOvertimeLawsuit.com

WNK00000B4753

JAMES CLARK

## CLAIM FORM FOR PAYMENT

*Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*

This form can be completed online at: www.SmithfieldDistributionOvertimeLawsuit.com
The Settlement Agreement can be viewed at: www.SmithfieldDistributionOvertimeLawsuit.com

*You Must Complete All **THREE** Steps to Claim a Share of the Settlement Fund Claims.*

1. **You Must Provide Your Contact Information.**

   Name: _James Clark_

   Address:

   City/State/Zip code:

   Telephone Number:

   Email Address:

2. **You Must Agree To This Statement.**

   I am opting into and agree to be bound by the Settlement Agreement in *Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937.*

   _James Clark_
   (Sign your name here)

3. **You Must Return this Claim Form so that it is Received (if returned by fax, or electronic delivery) or Postmarked (if returned by U.S. mail) by January 31, 2023:**

   (a) Fax this Claim Form to: (952) 404-5750   *OR*

   (b) Mail this Claim Form to: Smithfield Distribution Overtime Lawsuit, c/o Analytics Consulting LLC, P.O. Box 2002, Chanhassen, MN 55317-2002   *OR*

   (c) Submit this Claim Form electronically at: www.SmithfieldDistributionOvertimeLawsuit.com   *OR*

   (d) Email this Claim Form to: info@SmithfieldDistributionOvertimeLawsuit.com

*If the deadline to submit this form has already expired, then you may still be eligible to receive a payment. Please email a copy of this completed form to info@SmithfieldDistributionOvertimeLawsuit.com or call (855) 511-1973 as soon as possible.

**Smithfield Distribution Overtime Lawsuit**
c/o Analytics Consulting LLC
P.O. Box 2002
Chanhassen, MN 55317-2002
Email: info@SmithfieldDistributionOvertimeLawsuit.com

WNK00000ABAAA

MICHAEL COOPER

## CLAIM FORM FOR PAYMENT

*Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*

**This form can be completed online at: www.SmithfieldDistributionOvertimeLawsuit.com**
**The Settlement Agreement can be viewed at: www.SmithfieldDistributionOvertimeLawsuit.com**

*You Must Complete All THREE Steps to Claim a Share of the Settlement Fund:*Claims.

1. **You Must Provide Your Contact Information.**

   Name: _Michael Cooper_

   Address: _____

   City/State/Zip Code: _____

   Telephone Number: _____

   Email Address: _____

2. **You Must Agree To This Statement.**

   I am opting into and agree to be bound by the Settlement Agreement in *Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937.*

   _Michael Cooper_
   (Sign your name here)

3. **You Must Return this Claim Form so that it is Received (if returned by fax, or electronic delivery) or Postmarked (if returned by U.S. mail) by January 31, 2023:**

   (a) Fax this Claim Form to: (952) 404-5750 **OR**

   (b) Mail this Claim Form to: Smithfield Distribution Overtime Lawsuit, c/o Analytics Consulting LLC, P.O. Box 2002, Chanhassen, MN 55317-2002 **OR**

   (c) Submit this Claim Form electronically at: www.SmithfieldDistributionOvertimeLawsuit.com **OR**

   (d) Email this Claim Form to: info@SmithfieldDistributionOvertimeLawsuit.com

*If the deadline to submit this form has already expired, then you may still be eligible to receive a payment. Please email a copy of this completed form to info@SmithfieldDistributionOvertimeLawsuit.com or call (855) 511-1973 as soon as possible.

**Smithfield Distribution Overtime Lawsuit**
c/o Analytics Consulting LLC
P.O. Box 2002
Chanhassen, MN 55317-2002
Email: info@SmithfieldDistributionOvertimeLawsuit.com

WNK000009323B

TIMOTHY COWIN

# CLAIM FORM FOR PAYMENT

*Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*

**This form can be completed online at: www.SmithfieldDistributionOvertimeLawsuit.com**
**The Settlement Agreement can be viewed at: www.SmithfieldDistributionOvertimeLawsuit.com**

*You Must Complete All **THREE** Steps to Claim a Share of the Settlement Fund:*Claims.

1. **You Must Provide Your Contact Information.**

   Name: _Timothy D. Cowin_

   Address: _____

   City/State/Zip Code: _____

   Telephone Number: _____

   Email Address: _____

2. **You Must Agree To This Statement.**

   I am opting into and agree to be bound by the Settlement Agreement in *Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937.*

   _Timothy D. Cowin_
   (Sign your name here)

3. **You Must Return this Claim Form so that it is Received (if returned by fax, or electronic delivery) or Postmarked (if returned by U.S. mail) by January 31, 2023:**

   (a) Fax this Claim Form to: (952) 404-5750   ***OR***

   (b) Mail this Claim Form to:  Smithfield Distribution Overtime Lawsuit, c/o Analytics Consulting LLC, P.O. Box 2002, Chanhassen, MN 55317-2002   ***OR***

   (c) Submit this Claim Form electronically at: www.SmithfieldDistributionOvertimeLawsuit.com   ***OR***

   (d) Email this Claim Form to: info@SmithfieldDistributionOvertimeLawsuit.com

*If the deadline to submit this form has already expired, then you may still be eligible to receive a payment. Please email a copy of this completed form to info@SmithfieldDistributionOvertimeLawsuit.com or call (855) 511-1973 as soon as possible.

**Smithfield Distribution Overtime Lawsuit**
c/o Analytics Consulting LLC
P.O. Box 2002
Chanhassen, MN 55317-2002
Email: info@SmithfieldDistributionOvertimeLawsuit.com



WNK0000091F13

STEPHEN CROSS

# CLAIM FORM FOR PAYMENT

*Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*

**This form can be completed online at: www.SmithfieldDistributionOvertimeLawsuit.com**
**The Settlement Agreement can be viewed at: www.SmithfieldDistributionOvertimeLawsuit.com**

*You Must Complete All **THREE** Steps to Claim a Share of the Settlement Fund:*Claims.

1. **You Must Provide Your Contact Information.**

   Name: _STEVE CROSS_

   Address: 

   City/State/Zip Code

   Telephone Number:

   Email Address:

2. **You Must Agree To This Statement.**

   I am opting into and agree to be bound by the Settlement Agreement in *Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*.

   _____
   (Sign your name here)

3. **You Must Return this Claim Form so that it is Received (if returned by fax, or electronic delivery) or Postmarked (if returned by U.S. mail) by January 31, 2023:**

   (a) Fax this Claim Form to: (952) 404-5750  **OR**

   (b) Mail this Claim Form to: Smithfield Distribution Overtime Lawsuit, c/o Analytics Consulting LLC, P.O. Box 2002, Chanhassen, MN 55317-2002  **OR**

   (c) Submit this Claim Form electronically at: www.SmithfieldDistributionOvertimeLawsuit.com  **OR**

   (d) Email this Claim Form to: info@SmithfieldDistributionOvertimeLawsuit.com

*If the deadline to submit this form has already expired, then you may still be eligible to receive a payment. Please email a copy of this completed form to info@SmithfieldDistributionOvertimeLawsuit.com or call (855) 511-1973 as soon as possible.

**Smithfield Distribution Overtime Lawsuit**
c/o Analytics Consulting LLC
P.O. Box 2002
Chanhassen, MN 55317-2002
Email: info@SmithfieldDistributionOvertimeLawsuit.com

WNK00000B46C3

BYRON DAVIS

## CLAIM FORM FOR PAYMENT

*Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*

**This form can be completed online at: www.SmithfieldDistributionOvertimeLawsuit.com**
**The Settlement Agreement can be viewed at: www.SmithfieldDistributionOvertimeLawsuit.com**

*You Must Complete All **THREE** Steps to Claim a Share of the Settlement Fund:*Claims.

1.  **You Must Provide Your Contact Information.**

    Name: _Byron Lydell Davis_

    Address: ▮

    City/State/Zip Code: ▮

    Telephone Number: ▮

    Email Address: ▮

2.  **You Must Agree To This Statement.**

    I am opting into and agree to be bound by the Settlement Agreement in *Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*.

    _By  I  Davis_
    (Sign your name here)

3.  **You Must Return this Claim Form so that it is Received (if returned by fax, or electronic delivery) or Postmarked (if returned by U.S. mail) by January 31, 2023:**

    (a) Fax this Claim Form to: (952) 404-5750  **OR**

    (b) Mail this Claim Form to: Smithfield Distribution Overtime Lawsuit, c/o Analytics Consulting LLC, P.O. Box 2002, Chanhassen, MN 55317-2002  **OR**

    (c) Submit this Claim Form electronically at: www.SmithfieldDistributionOvertimeLawsuit.com  **OR**

    (d) Email this Claim Form to: info@SmithfieldDistributionOvertimeLawsuit.com

*If the deadline to submit this form has already expired, then you may still be eligible to receive a payment. Please email a copy of this completed form to info@SmithfieldDistributionOvertimeLawsuit.com or call (855) 511-1973 as soon as possible.

**Smithfield Distribution Overtime Lawsuit**
c/o Analytics Consulting LLC
P.O. Box 2002
Chanhassen, MN 55317-2002
Email: info@SmithfieldDistributionOvertimeLawsuit.com

WNK00000AF9DE

||||||||||||||||||||||||||||||||||||||||||||

KEVIN DAVIS

## CLAIM FORM FOR PAYMENT

*Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*

**This form can be completed online at: www.SmithfieldDistributionOvertimeLawsuit.com**
**The Settlement Agreement can be viewed at: www.SmithfieldDistributionOvertimeLawsuit.com**

*You Must Complete All **THREE** Steps to Claim a Share of the Settlement Fund:*Claims.

1. **You Must Provide Your Contact Information.**

   Name: KEVIN DAVIS

   Address:

   City/State/Zip Co

   Telephone Numb

   Email Address:

2. **You Must Agree To This Statement.**

   I am opting into and agree to be bound by the Settlement Agreement in *Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*.

   Kevin E. Davis
   (Sign your name here)

3. **You Must Return this Claim Form so that it is Received (if returned by fax, or electronic delivery) or Postmarked (if returned by U.S. mail) by January 31, 2023:**

   (a) Fax this Claim Form to: (952) 404-5750   *OR*

   (b) Mail this Claim Form to:  Smithfield Distribution Overtime Lawsuit, c/o Analytics Consulting LLC, P.O. Box 2002, Chanhassen, MN 55317-2002   *OR*

   (c) Submit this Claim Form electronically at: www.SmithfieldDistributionOvertimeLawsuit.com   *OR*

   (d) Email this Claim Form to: info@SmithfieldDistributionOvertimeLawsuit.com

*If the deadline to submit this form has already expired, then you may still be eligible to receive a payment. Please email a copy of this completed form to info@SmithfieldDistributionOvertimeLawsuit.com or call (855) 511-1973 as soon as possible.

**Smithfield Distribution Overtime Lawsuit**
c/o Analytics Consulting LLC
P.O. Box 2002
Chanhassen, MN 55317-2002
Email: info@SmithfieldDistributionOvertimeLawsuit.com

WNK00000C04EF

VAUGHN DRAKE

## CLAIM FORM FOR PAYMENT

*Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*

**This form can be completed online at:  www.SmithfieldDistributionOvertimeLawsuit.com**
**The Settlement Agreement can be viewed at:  www.SmithfieldDistributionOvertimeLawsuit.com**

*You Must Complete All **THREE** Steps to Claim a Share of the Settlement Fund:*Claims.

1. **You Must Provide Your Contact Information.**

   Name: _Vaughn Drake_

   Address: _____

   City/State/Zip Code: _____

   Telephone Number: _____

   Email Address: _____

2. **You Must Agree To Th**

   I am opting into and agree to be bound by the Settlement Agreement in *Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937.*

   _Vaughn Drake_
   (Sign your name here)

3. **You Must Return this Claim Form so that it is Received (if returned by fax, or electronic  delivery) or Postmarked (if returned by U.S. mail) by January 31, 2023:**

   (a) Fax this Claim Form to: (952) 404-5750   **OR**

   (b) Mail this Claim Form to:  Smithfield Distribution Overtime Lawsuit, c/o Analytics Consulting LLC, P.O. Box 2002, Chanhassen, MN 55317-2002   **OR**

   (c) Submit this Claim Form electronically at: www.SmithfieldDistributionOvertimeLawsuit.com   **OR**

   (d) Email this Claim Form to: info@SmithfieldDistributionOvertimeLawsuit.com

*If the deadline to submit this form has already expired, then you may still be eligible to receive a payment. Please email a copy of this completed form to info@SmithfieldDistributionOvertimeLawsuit.com or call (855) 511-1973 as soon as possible.

**Smithfield Distribution Overtime Lawsuit**
c/o Analytics Consulting LLC
P.O. Box 2002
Chanhassen, MN 55317-2002
Email: info@SmithfieldDistributionOvertimeLawsuit.com

## CLAIM FORM FOR PAYMENT

*Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*

**This form can be completed online at: www.SmithfieldDistributionOvertimeLawsuit.com**
**The Settlement Agreement can be viewed at: www.SmithfieldDistributionOvertimeLawsuit.com**

*You Must Complete All **THREE** Steps to Claim a Share of the Settlement Fund:* Claims.

1. **You Must Provide Your Contact Information.**

   Name: _Nicholas P liasin_

   Address: _____

   City/State/Zip Code ▓▓▓▓▓▓▓▓▓▓▓

   Telephone Number ▓▓▓▓▓▓▓▓▓▓▓

   Email Address: ▓▓▓▓▓▓▓▓▓▓▓

2. **You Must Agree To This Statement.**

   I am opting into and agree to be bound by the Settlement Agreement in *Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*.

   _____
   (Sign your name here)

3. **You Must Return this Claim Form so that it is Received (if returned by fax, or electronic delivery) or Postmarked (if returned by U.S. mail) by January 31, 2023:**

   (a) Fax this Claim Form to: (952) 404-5750  ***OR***

   (b) Mail this Claim Form to: Smithfield Distribution Overtime Lawsuit, c/o Analytics Consulting LLC, P.O. Box 2002, Chanhassen, MN 55317-2002  ***OR***

   (c) Submit this Claim Form electronically at: www.SmithfieldDistributionOvertimeLawsuit.com  ***OR***

   (d) Email this Claim Form to: info@SmithfieldDistributionOvertimeLawsuit.com

*If the deadline to submit this form has already expired, then you may still be eligible to receive a payment. Please email a copy of this completed form to info@SmithfieldDistributionOvertimeLawsuit.com or call (855) 511-1973 as soon as possible.

**Smithfield Distribution Overtime Lawsuit**
c/o Analytics Consulting LLC
P.O. Box 2002
Chanhassen, MN 55317-2002
Email: info@SmithfieldDistributionOvertimeLawsuit.com

WNK00000A2568

CARLOS FERIA PEREZ



## CLAIM FORM FOR PAYMENT

*Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*

**This form can be completed online at: www.SmithfieldDistributionOvertimeLawsuit.com**
**The Settlement Agreement can be viewed at: www.SmithfieldDistributionOvertimeLawsuit.com**

*You Must Complete All **THREE** Steps to Claim a Share of the Settlement Fund:* Claims.

1. **You Must Provide Your Contact Information.**

   Name: *Carlos Manuel Feria Pérez*

   Address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

   City/State/Zip Code: ▮▮▮▮

   Telephone Number: ▮

   Email Address: ▮▮▮▮▮▮

2. **You Must Agree To This Statement.**

   I am opting into and agree to be bound by the Settlement Agreement in *Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*.

   *Feria.*
   (Sign your name here)

3. **You Must Return this Claim Form so that it is Received (if returned by fax, or electronic delivery) or Postmarked (if returned by U.S. mail) by January 31, 2023:**

   (a) Fax this Claim Form to: (952) 404-5750 ___*OR*___

   (b) Mail this Claim Form to: Smithfield Distribution Overtime Lawsuit, c/o Analytics Consulting LLC, P.O. Box 2002, Chanhassen, MN 55317-2002 ___*OR*___

   (c) Submit this Claim Form electronically at: www.SmithfieldDistributionOvertimeLawsuit.com ___*OR*___

   (d) Email this Claim Form to: info@SmithfieldDistributionOvertimeLawsuit.com

*If the deadline to submit this form has already expired, then you may still be eligible to receive a payment. Please email a copy of this completed form to info@SmithfieldDistributionOvertimeLawsuit.com or call (855) 511-1973 as soon as possible.

**Smithfield Distribution Overtime Lawsuit**
c/o Analytics Consulting LLC
P.O. Box 2002
Chanhassen, MN 55317-2002
Email: info@SmithfieldDistributionOvertimeLawsuit.com

WNK00000B90D8

GLORIA FERNANDEZ RIVERA

## CLAIM FORM FOR PAYMENT

*Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*

**This form can be completed online at: www.SmithfieldDistributionOvertimeLawsuit.com**
**The Settlement Agreement can be viewed at: www.SmithfieldDistributionOvertimeLawsuit.com**

*You Must Complete All **THREE** Steps to Claim a Share of the Settlement Fund:*Claims.

1. **You Must Provide Your Contact Information.**

   Name: _Gloria S. Fernandez Rivera_

   Address: _____

   City/State/Zip Code: _____

   Telephone Number: _____

   Email Address: _____

2. **You Must Agree To This Statement.**

   I am opting into and agree to be bound by the Settlement Agreement in *Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*.

   _____
   (Sign your name here)

3. **You Must Return this Claim Form so that it is Received (if returned by fax, or electronic delivery) or Postmarked (if returned by U.S. mail) by January 31, 2023:**

   (a) Fax this Claim Form to: (952) 404-5750   ***OR***

   (b) Mail this Claim Form to: Smithfield Distribution Overtime Lawsuit, c/o Analytics Consulting LLC, P.O. Box 2002, Chanhassen, MN 55317-2002   ***OR***

   (c) Submit this Claim Form electronically at: www.SmithfieldDistributionOvertimeLawsuit.com   ***OR***

   (d) Email this Claim Form to: info@SmithfieldDistributionOvertimeLawsuit.com

*If the deadline to submit this form has already expired, then you may still be eligible to receive a payment. Please email a copy of this completed form to info@SmithfieldDistributionOvertimeLawsuit.com or call (855) 511-1973 as soon as possible.

**Smithfield Distribution Overtime Lawsuit**
c/o Analytics Consulting LLC
P.O. Box 2002
Chanhassen, MN 55317-2002
Email: info@SmithfieldDistributionOvertimeLawsuit.com

WNK00000A0532

JANNETTA FIELDS

## CLAIM FORM FOR PAYMENT

*Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*

This form can be completed online at: **www.SmithfieldDistributionOvertimeLawsuit.com**
The Settlement Agreement can be viewed at: **www.SmithfieldDistributionOvertimeLawsuit.com**

*You Must Complete All **THREE** Steps to Claim a Share of the Settlement Fund:*Claims.

1. **You Must Provide Your Contact Information.**

   Name: Jannetta Fields

   Address:

   City/State/Zip Code:

   Telephone Number:

   Email Address:

2. **You Must Agree To This Statement.**

   I am opting into and agree to be bound by the Settlement Agreement in *Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*

   (Sign your name here)

3. **You Must Return this Claim Form so that it is Received (if returned by fax, or electronic delivery) or Postmarked (if returned by U.S. mail) by January 31, 2023:**

   (a) Fax this Claim Form to: (952) 404-5750   **OR**

   (b) Mail this Claim Form to:  Smithfield Distribution Overtime Lawsuit, c/o Analytics Consulting LLC, P.O. Box 2002, Chanhassen, MN 55317-2002   **OR**

   (c) Submit this Claim Form electronically at: www.SmithfieldDistributionOvertimeLawsuit.com   **OR**

   (d) Email this Claim Form to: info@SmithfieldDistributionOvertimeLawsuit.com

*If the deadline to submit this form has already expired, then you may still be eligible to receive a payment. Please email a copy of this completed form to info@SmithfieldDistributionOvertimeLawsuit.com or call (855) 511-1973 as soon as possible.

**Smithfield Distribution Overtime Lawsuit**
c/o Analytics Consulting LLC
P.O. Box 2002
Chanhassen, MN 55317-2002
Email: info@SmithfieldDistributionOvertimeLawsuit.com

WNK000008AB5A

CHRISTOPHER GRANSBY



## <u>CLAIM FORM FOR PAYMENT</u>

*Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*

**This form can be completed online at:  www.SmithfieldDistributionOvertimeLawsuit.com**
**The Settlement Agreement can be viewed at:  www.SmithfieldDistributionOvertimeLawsuit.com**

*<u>You Must Complete All THREE Steps to Claim a Share of the Settlement Fund:</u>*Claims.

1. **<u>You Must Provide Your Contact Information.</u>**

   Name: Christopher Gransby

   Address: ▮▮▮▮▮▮▮▮▮▮▮

   City/State/Zip C ▮▮▮▮▮▮▮▮▮▮

   Telephone Num ▮▮▮▮▮▮▮▮▮▮

   Email Address: ▮▮▮▮▮▮▮▮▮▮

2. **<u>You Must Agree To This Statement.</u>**

   I am opting into and agree to be bound by the Settlement Agreement in *Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937.*

   *(Sign your name here)*

3. **<u>You Must Return this Claim Form so that it is Received (if returned by fax, or electronic delivery) or Postmarked (if returned by U.S. mail) by January 31, 2023:</u>**

   (a) Fax this Claim Form to: (952) 404-5750   ***OR***

   (b) Mail this Claim Form to:  Smithfield Distribution Overtime Lawsuit, c/o Analytics Consulting LLC, P.O. Box 2002, Chanhassen, MN 55317-2002   ***OR***

   (c) Submit this Claim Form electronically at: www.SmithfieldDistributionOvertimeLawsuit.com   ***OR***

   (d) Email this Claim Form to: info@SmithfieldDistributionOvertimeLawsuit.com

*If the deadline to submit this form has already expired, then you may still be eligible to receive a payment. Please email a copy of this completed form to info@SmithfieldDistributionOvertimeLawsuit.com or call (855) 511-1973 as soon as possible.

**Smithfield Distribution Overtime Lawsuit**
c/o Analytics Consulting LLC
P.O. Box 2002
Chanhassen, MN 55317-2002
Email: info@SmithfieldDistributionOvertimeLawsuit.com

WNK00000AA4A0

STEVEN HALEY

# CLAIM FORM FOR PAYMENT

*Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*

**This form can be completed online at: www.SmithfieldDistributionOvertimeLawsuit.com**
**The Settlement Agreement can be viewed at: www.SmithfieldDistributionOvertimeLawsuit.com**

*You Must Complete All **THREE** Steps to Claim a Share of the Settlement Fund:*Claims.

1. **You Must Provide Your Contact Information.**

   Name: _Jennine A Haley for Steven M Haley (deceased)_
   Address: _____
   City/State/Zip Code _____
   Telephone Numbe _____
   Email Address: _____

2. **You Must Agree To This Statement.**

   I am opting into and agree to be bound by the Settlement Agreement in *Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*.

   _Jennine A Haley_
   (Sign your name here)

3. **You Must Return this Claim Form so that it is Received (if returned by fax, or electronic delivery) or Postmarked (if returned by U.S. mail) by January 31, 2023:**

   (a) Fax this Claim Form to: (952) 404-5750  **OR**

   (b) Mail this Claim Form to: Smithfield Distribution Overtime Lawsuit, c/o Analytics Consulting LLC, P.O. Box 2002, Chanhassen, MN 55317-2002  **OR**

   (c) Submit this Claim Form electronically at: www.SmithfieldDistributionOvertimeLawsuit.com  **OR**

   (d) Email this Claim Form to: info@SmithfieldDistributionOvertimeLawsuit.com

*If the deadline to submit this form has already expired, then you may still be eligible to receive a payment. Please email a copy of this completed form to info@SmithfieldDistributionOvertimeLawsuit.com or call (855) 511-1973 as soon as possible.

**Smithfield Distribution Overtime Lawsuit**
c/o Analytics Consulting LLC
P.O. Box 2002
Chanhassen, MN 55317-2002
Email: info@SmithfieldDistributionOvertimeLawsuit.com

WNK00000C4C84

ALBERT HARDY

## CLAIM FORM FOR PAYMENT

*Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*

**This form can be completed online at: www.SmithfieldDistributionOvertimeLawsuit.com**
**The Settlement Agreement can be viewed at: www.SmithfieldDistributionOvertimeLawsuit.com**

*You Must Complete All **THREE** Steps to Claim a Share of the Settlement Fund:* Claims.

1. **You Must Provide Your Contact Information.**

   Name: *ALBERT EUGENE HARDY JR.*

   Address:

   City/State

   Telephone

   Email Ad

2. **You Must Agree To This Statement.**

   I am opting into and agree to be bound by the Settlement Agreement in *Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937.*

   *Albert Eugene Hardy Jr.*
   (Sign your name here)

3. **You Must Return this Claim Form so that it is Received (if returned by fax, or electronic delivery) or Postmarked (if returned by U.S. mail) by January 31, 2023:**

   (a) Fax this Claim Form to: (952) 404-5750   **OR**

   (b) Mail this Claim Form to: Smithfield Distribution Overtime Lawsuit, c/o Analytics Consulting LLC, P.O. Box 2002, Chanhassen, MN 55317-2002   **OR**

   (c) Submit this Claim Form electronically at: www.SmithfieldDistributionOvertimeLawsuit.com   **OR**

   (d) Email this Claim Form to: info@SmithfieldDistributionOvertimeLawsuit.com

*If the deadline to submit this form has already expired, then you may still be eligible to receive a payment. Please email a copy of this completed form to info@SmithfieldDistributionOvertimeLawsuit.com or call (855) 511-1973 as soon as possible.

**Smithfield Distribution Overtime Lawsuit**
c/o Analytics Consulting LLC
P.O. Box 2002
Chanhassen, MN 55317-2002
Email: info@SmithfieldDistributionOvertimeLawsuit.com

WNK0000097285

CHRISTOPHER HAWKINS

# CLAIM FORM FOR PAYMENT

*Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*

This form can be completed online at: **www.SmithfieldDistributionOvertimeLawsuit.com**
The Settlement Agreement can be viewed at: **www.SmithfieldDistributionOvertimeLawsuit.com**

*You Must Complete All **THREE** Steps to Claim a Share of the Settlement Fund:*Claims.

1. **You Must Provide Your Contact Information.**

   Name: Christopher Hawkins

   Address:

   City/State/Zip Code:

   Telephone Number:

   Email Address:

2. **You Must Agree To This Statement.**

   I am opting into and agree to be bound by the Settlement Agreement in *Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937.*

   *Christopher Hawkins*
   (Sign your name here)

3. **You Must Return this Claim Form so that it is Received (if returned by fax, or electronic delivery) or Postmarked (if returned by U.S. mail) by January 31, 2023:**

   (a) Fax this Claim Form to: (952) 404-5750  **OR**

   (b) Mail this Claim Form to: Smithfield Distribution Overtime Lawsuit, c/o Analytics Consulting LLC, P.O. Box 2002, Chanhassen, MN 55317-2002  **OR**

   (c) Submit this Claim Form electronically at: www.SmithfieldDistributionOvertimeLawsuit.com  **OR**

   (d) Email this Claim Form to: info@SmithfieldDistributionOvertimeLawsuit.com

*If the deadline to submit this form has already expired, then you may still be eligible to receive a payment. Please email a copy of this completed form to info@SmithfieldDistributionOvertimeLawsuit.com or call (855) 511-1973 as soon as possible.

**Smithfield Distribution Overtime Lawsuit**
c/o Analytics Consulting LLC
P.O. Box 2002
Chanhassen, MN 55317-2002
Email: info@SmithfieldDistributionOvertimeLawsuit.com

WNK0000099781

JIBRI HAYWOOD

# CLAIM FORM FOR PAYMENT

*Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*

This form can be completed online at: **www.SmithfieldDistributionOvertimeLawsuit.com**
The Settlement Agreement can be viewed at: **www.SmithfieldDistributionOvertimeLawsuit.com**

*You Must Complete All THREE Steps to Claim a Share of the Settlement Fund:*Claims.

1. **You Must Provide Your Contact Information.**

   Name: Jibri DaVon Haywood

   Address:

   City/State/Zip Code:

   Telephone Number:

   Email Address:

2. **You Must Agree To This Statement.**

   I am opting into and agree to be bound by the Settlement Agreement in *Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*

   (Sign your name here)

3. **You Must Return this Claim Form so that it is Received (if returned by fax, or electronic delivery) or Postmarked (if returned by U.S. mail) by January 31, 2023:**

   (a) Fax this Claim Form to: (952) 404-5750  **OR**

   (b) Mail this Claim Form to: Smithfield Distribution Overtime Lawsuit, c/o Analytics Consulting LLC, P.O. Box 2002, Chanhassen, MN 55317-2002  **OR**

   (c) Submit this Claim Form electronically at: www.SmithfieldDistributionOvertimeLawsuit.com  **OR**

   (d) Email this Claim Form to: info@SmithfieldDistributionOvertimeLawsuit.com

*If the deadline to submit this form has already expired, then you may still be eligible to receive a payment. Please email a copy of this completed form to info@SmithfieldDistributionOvertimeLawsuit.com or call (855) 511-1973 as soon as possible.

**Smithfield Distribution Overtime Lawsuit**
c/o Analytics Consulting LLC
P.O. Box 2002
Chanhassen, MN 55317-2002
Email: info@SmithfieldDistributionOvertimeLawsuit.com

WNK00000C68A0

||||||||||||||||||||||||||||||||||||||||||||||||||||||

PETE HERNANDEZ

|||||||||||||||||||||||||||||||||||||||||||

## CLAIM FORM FOR PAYMENT

*Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*

**This form can be completed online at: www.SmithfieldDistributionOvertimeLawsuit.com**
**The Settlement Agreement can be viewed at: www.SmithfieldDistributionOvertimeLawsuit.com**

*You Must Complete All **THREE** Steps to Claim a Share of the Settlement Fund:*Claims.

1. **You Must Provide Your Contact Information.**

   Name: *Pete Hernandez*

   Address

   City/State/Zip Co

   Telephone Numb

   Email Address:

2. **You Must Agree To This Statement.**

   I am opting into and agree to be bound by the Settlement Agreement in *Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*.

   _____

   (Sign your name here)

3. **You Must Return this Claim Form so that it is Received (if returned by fax, or electronic delivery) or Postmarked (if returned by U.S. mail) by January 31, 2023:**

   (a) Fax this Claim Form to: (952) 404-5750  ***OR***

   (b) Mail this Claim Form to:  Smithfield Distribution Overtime Lawsuit, c/o Analytics Consulting LLC, P.O. Box 2002, Chanhassen, MN 55317-2002  ***OR***

   (c) Submit this Claim Form electronically at: www.SmithfieldDistributionOvertimeLawsuit.com  ***OR***

   (d) Email this Claim Form to: info@SmithfieldDistributionOvertimeLawsuit.com

*If the deadline to submit this form has already expired, then you may still be eligible to receive a payment. Please email a copy of this completed form to info@SmithfieldDistributionOvertimeLawsuit.com or call (855) 511-1973 as soon as possible.

**Smithfield Distribution Overtime Lawsuit**
c/o Analytics Consulting LLC
P.O. Box 2002
Chanhassen, MN 55317-2002
Email: info@SmithfieldDistributionOvertimeLawsuit.com

WNK00000ACB80

ABRAHAM HOFF

## CLAIM FORM FOR PAYMENT

*Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*

**This form can be completed online at: www.SmithfieldDistributionOvertimeLawsuit.com**
**The Settlement Agreement can be viewed at: www.SmithfieldDistributionOvertimeLawsuit.com**

*You Must Complete All **THREE** Steps to Claim a Share of the Settlement Fund:*Claims.

1. **You Must Provide Your Contact Information.**

   Name: Abraham R. Hoff

   Address: ███████████████████████████

   City/State/Zip Co ███████████████████████

   Telephone Numb ████████████████████████

   Email Address: ██████████████████████████

2. **You Must Agree To This Statement.**

   I am opting into and agree to be bound by the Settlement Agreement in *Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*.

   (Sign your name here)

3. **You Must Return this Claim Form so that it is Received (if returned by fax, or electronic delivery) or Postmarked (if returned by U.S. mail) by January 31, 2023:**

   (a) Fax this Claim Form to: (952) 404-5750 **OR**

   (b) Mail this Claim Form to: Smithfield Distribution Overtime Lawsuit, c/o Analytics Consulting LLC, P.O. Box 2002, Chanhassen, MN 55317-2002 **OR**

   (c) Submit this Claim Form electronically at: www.SmithfieldDistributionOvertimeLawsuit.com **OR**

   (d) Email this Claim Form to: info@SmithfieldDistributionOvertimeLawsuit.com

*If the deadline to submit this form has already expired, then you may still be eligible to receive a payment. Please email a copy of this completed form to info@SmithfieldDistributionOvertimeLawsuit.com or call (855) 511-1973 as soon as possible.

**Smithfield Distribution Overtime Lawsuit**
c/o Analytics Consulting LLC
P.O. Box 2002
Chanhassen, MN 55317-2002
Email: info@SmithfieldDistributionOvertimeLawsuit.com

WNK000008B577

CHARLES HOWELL

## CLAIM FORM FOR PAYMENT

*Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*

**This form can be completed online at: www.SmithfieldDistributionOvertimeLawsuit.com**
**The Settlement Agreement can be viewed at: www.SmithfieldDistributionOvertimeLawsuit.com**

*You Must Complete All **THREE** Steps to Claim a Share of the Settlement Fund:*Claims.

1. **You Must Provide Your Contact Information.**

   Name: _Charles Anthony Howell_

   Address: ▓▓▓▓▓▓▓▓▓▓▓

   City/State/Zip Code ▓▓▓▓▓▓▓▓▓▓

   Telephone Number: ▓▓▓▓▓▓▓

   Email Address: ▓▓▓▓▓▓▓

2. **You Must Agree To This Statement.**

   I am opting into and agree to be bound by the Settlement Agreement in *Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937.*

   _Charles Howell_
   (Sign your name here)

3. **You Must Return this Claim Form so that it is Received (if returned by fax, or electronic delivery) or Postmarked (if returned by U.S. mail) by January 31, 2023.**

   (a) Fax this Claim Form to: (952) 404-5750   ***OR***

   (b) Mail this Claim Form to: Smithfield Distribution Overtime Lawsuit, c/o Analytics Consulting LLC, P.O. Box 2002, Chanhassen, MN 55317-2002   ***OR***

   (c) Submit this Claim Form electronically at: www.SmithfieldDistributionOvertimeLawsuit.com   ***OR***

   (d) Email this Claim Form to: info@SmithfieldDistributionOvertimeLawsuit.com

*If the deadline to submit this form has already expired, then you may still be eligible to receive a payment. Please email a copy of this completed form to info@SmithfieldDistributionOvertimeLawsuit.com or call (855) 511-1973 as soon as possible.

**Smithfield Distribution Overtime Lawsuit**
c/o Analytics Consulting LLC
P.O. Box 2002
Chanhassen, MN 55317-2002
Email: info@SmithfieldDistributionOvertimeLawsuit.com

WNK00000B55E8

CHARLES INGRAM

## CLAIM FORM FOR PAYMENT

*Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*

**This form can be completed online at: www.SmithfieldDistributionOvertimeLawsuit.com**
**The Settlement Agreement can be viewed at: www.SmithfieldDistributionOvertimeLawsuit.com**

*You Must Complete All **THREE** Steps to Claim a Share of the Settlement Fund:*Claims.

1.  **You Must Provide Your Contact Information.**

    Name: _Charles Ingram_

    Address: _____

    City/State/Zip

    Telephone Num

    Email Address:

2.  **You Must Agree To This Statement.**

    I am opting into and agree to be bound by the Settlement Agreement in *Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*.

    _(signature)_
    (Sign your name here)

3.  **You Must Return this Claim Form so that it is Received (if returned by fax, or electronic delivery) or Postmarked (if returned by U.S. mail) by January 31, 2023:**

    (a) Fax this Claim Form to: (952) 404-5750   ***OR***

    (b) Mail this Claim Form to: Smithfield Distribution Overtime Lawsuit, c/o Analytics Consulting LLC, P.O. Box 2002, Chanhassen, MN 55317-2002   ***OR***

    (c) Submit this Claim Form electronically at: www.SmithfieldDistributionOvertimeLawsuit.com   ***OR***

    (d) Email this Claim Form to: info@SmithfieldDistributionOvertimeLawsuit.com

*If the deadline to submit this form has already expired, then you may still be eligible to receive a payment. Please email a copy of this completed form to info@SmithfieldDistributionOvertimeLawsuit.com or call (855) 511-1973 as soon as possible.

**Smithfield Distribution Overtime Lawsuit**
c/o Analytics Consulting LLC
P.O. Box 2002
Chanhassen, MN 55317-2002
Email: info@SmithfieldDistributionOvertimeLawsuit.com



WNK00000ABEBF

SHIROD ISAAC

## CLAIM FORM FOR PAYMENT

*Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*

This form can be completed online at: www.SmithfieldDistributionOvertimeLawsuit.com
The Settlement Agreement can be viewed at: www.SmithfieldDistributionOvertimeLawsuit.com

*You Must Complete All **THREE** Steps to Claim a Share of the Settlement Fund:*Claims.

1. **You Must Provide Your Contact Information.**

   Name: Shirod Michael Isaac

   Address:

   City/State/Zip Code:

   Telephone Number:

   Email Address:

2. **You Must Agree To This Statement.**

   I am opting into and agree to be bound by the Settlement Agreement in *Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*.

   (Sign your name here)

3. **You Must Return this Claim Form so that it is Received (if returned by fax, or electronic delivery) or Postmarked (if returned by U.S. mail) by January 31, 2023:**

   (a) Fax this Claim Form to: (952) 404-5750   **OR**

   (b) Mail this Claim Form to: Smithfield Distribution Overtime Lawsuit, c/o Analytics Consulting LLC, P.O. Box 2002, Chanhassen, MN 55317-2002   **OR**

   (c) Submit this Claim Form electronically at: www.SmithfieldDistributionOvertimeLawsuit.com   **OR**

   (d) Email this Claim Form to: info@SmithfieldDistributionOvertimeLawsuit.com

*If the deadline to submit this form has already expired, then you may still be eligible to receive a payment. Please email a copy of this completed form to info@SmithfieldDistributionOvertimeLawsuit.com or call (855) 511-1973 as soon as possible.

**Smithfield Distribution Overtime Lawsuit**
c/o Analytics Consulting LLC
P.O. Box 2002
Chanhassen, MN 55317-2002
Email: info@SmithfieldDistributionOvertimeLawsuit.com

WNK00000AE700

BRUCE JACOBS

## CLAIM FORM FOR PAYMENT

*Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*

**This form can be completed online at: www.SmithfieldDistributionOvertimeLawsuit.com**
**The Settlement Agreement can be viewed at: www.SmithfieldDistributionOvertimeLawsuit.com**

*You Must Complete All **THREE** Steps to Claim a Share of the Settlement Fund:* Claims.

1. **You Must Provide Your Contact Information.**

   Name: BRUCE JACOBS

   Address: ▮▮▮▮▮▮▮▮▮▮▮▮

   City/State/Zip Code: ▮▮▮▮▮▮▮▮▮

   Telephone Number: ▮▮▮▮▮▮▮▮

   Email Address: ▮▮▮▮▮▮▮▮

2. **You Must Agree To This Statement.**

   I am opting into and agree to be bound by the Settlement Agreement in *Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*.

   _____
   (Sign your name here)

3. **You Must Return this Claim Form so that it is Received (if returned by fax, or electronic delivery) or Postmarked (if returned by U.S. mail) by January 31, 2023:**

   (a) Fax this Claim Form to: (952) 404-5750 ***OR***

   (b) Mail this Claim Form to: Smithfield Distribution Overtime Lawsuit, c/o Analytics Consulting LLC, P.O. Box 2002, Chanhassen, MN 55317-2002 ***OR***

   (c) Submit this Claim Form electronically at: www.SmithfieldDistributionOvertimeLawsuit.com ***OR***

   (d) Email this Claim Form to: info@SmithfieldDistributionOvertimeLawsuit.com

*If the deadline to submit this form has already expired, then you may still be eligible to receive a payment. Please email a copy of this completed form to info@SmithfieldDistributionOvertimeLawsuit.com or call (855) 511-1973 as soon as possible.

**Smithfield Distribution Overtime Lawsuit**
c/o Analytics Consulting LLC
P.O. Box 2002
Chanhassen, MN 55317-2002
Email: info@SmithfieldDistributionOvertimeLawsuit.com

WNK00000A719A

JOHNNY JENKINS

## CLAIM FORM FOR PAYMENT

*Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*

This form can be completed online at: www.SmithfieldDistributionOvertimeLawsuit.com
The Settlement Agreement can be viewed at: www.SmithfieldDistributionOvertimeLawsuit.com

*You Must Complete All **THREE** Steps to Claim a Share of the Settlement Fund:*Claims.

1. **You Must Provide Your Contact Information.**

   Name: Johnny Jenkins

   Address: ▮▮▮▮▮▮▮▮▮▮

   City/State/Zip ▮▮▮▮▮▮▮▮▮▮

   Telephone Nur ▮▮▮▮▮▮▮▮▮▮

   Email Address ▮▮▮▮▮▮▮▮▮▮

2. **You Must Agree To This Statement.**

   I am opting into and agree to be bound by the Settlement Agreement in *Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*

   _____
   (Sign your name here)

3. **You Must Return this Claim Form so that it is Received (if returned by fax, or electronic delivery) or Postmarked (if returned by U.S. mail) by January 31, 2023:**

   (a) Fax this Claim Form to: (952) 404-5750  **OR**

   (b) Mail this Claim Form to: Smithfield Distribution Overtime Lawsuit, c/o Analytics Consulting LLC, P.O. Box 2002, Chanhassen, MN 55317-2002  **OR**

   (c) Submit this Claim Form electronically at: www.SmithfieldDistributionOvertimeLawsuit.com  **OR**

   (d) Email this Claim Form to: info@SmithfieldDistributionOvertimeLawsuit.com

\*If the deadline to submit this form has already expired, then you may still be eligible to receive a payment. Please email a copy of this completed form to info@SmithfieldDistributionOvertimeLawsuit.com or call (855) 511-1973 as soon as possible.

**Smithfield Distribution Overtime Lawsuit**
c/o Analytics Consulting LLC
P.O. Box 2002
Chanhassen, MN 55317-2002
Email: info@SmithfieldDistributionOvertimeLawsuit.com

WNK0000096F97

JUDE JENKINS



# CLAIM FORM FOR PAYMENT

*Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*

**This form can be completed online at: www.SmithfieldDistributionOvertimeLawsuit.com**
**The Settlement Agreement can be viewed at: www.SmithfieldDistributionOvertimeLawsuit.com**

*You Must Complete All THREE Steps to Claim a Share of the Settlement Fund.*Claims.

1. **You Must Provide Your Contact Information.**

   Name: Jude Jenkins

   Address:

   City/State/Zip Code

   Telephone Number

   Email Address:

2. **You Must Agree To This Statement.**

   I am opting into and agree to be bound by the Settlement Agreement in *Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937.*

   _____
   (Sign your name here)

3. **You Must Return this Claim Form so that it is Received (if returned by fax, or electronic delivery) or Postmarked (if returned by U.S. mail) by January 31, 2023:**

   (a) Fax this Claim Form to: (952) 404-5750   **OR**

   (b) Mail this Claim Form to:  Smithfield Distribution Overtime Lawsuit, c/o Analytics Consulting LLC, P.O. Box 2002, Chanhassen, MN 55317-2002   **OR**

   (c) Submit this Claim Form electronically at: www.SmithfieldDistributionOvertimeLawsuit.com   **OR**

   (d) Email this Claim Form to: info@SmithfieldDistributionOvertimeLawsuit.com

*If the deadline to submit this form has already expired, then you may still be eligible to receive a payment. Please email a copy of this completed form to info@SmithfieldDistributionOvertimeLawsuit.com or call (855) 511-1973 as soon as possible.

**Smithfield Distribution Overtime Lawsuit**
c/o Analytics Consulting LLC
P.O. Box 2002
Chanhassen, MN 55317-2002
Email: info@SmithfieldDistributionOvertimeLawsuit.com



WNK00000BEA04



JOCEPHUS JONES

# CLAIM FORM FOR PAYMENT

*Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*

**This form can be completed online at: www.SmithfieldDistributionOvertimeLawsuit.com**
**The Settlement Agreement can be viewed at: www.SmithfieldDistributionOvertimeLawsuit.com**

*You Must Complete All **THREE** Steps to Claim a Share of the Settlement Fund:*Claims.

1. **You Must Provide Your Contact Information.**

   Name: Jocephus Jones

   Address:

   City/State/Zip Code

   Telephone Number:

   Email Address:

2. **You Must Agree To This Statement.**

   I am opting into and agree to be bound by the Settlement Agreement in *Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937.*

   _Jocephus Jones_
   (Sign your name here)

3. **You Must Return this Claim Form so that it is Received (if returned by fax, or electronic delivery) or Postmarked (if returned by U.S. mail) by January 31, 2023:**

   (a) Fax this Claim Form to: (952) 404-5750  ***OR***

   (b) Mail this Claim Form to: Smithfield Distribution Overtime Lawsuit, c/o Analytics Consulting LLC, P.O. Box 2002, Chanhassen, MN 55317-2002  ***OR***

   (c) Submit this Claim Form electronically at: www.SmithfieldDistributionOvertimeLawsuit.com  ***OR***

   (d) Email this Claim Form to: info@SmithfieldDistributionOvertimeLawsuit.com

*If the deadline to submit this form has already expired, then you may still be eligible to receive a payment. Please email a copy of this completed form to info@SmithfieldDistributionOvertimeLawsuit.com or call (855) 511-1973 as soon as possible.

**Smithfield Distribution Overtime Lawsuit**
c/o Analytics Consulting LLC
P.O. Box 2002
Chanhassen, MN 55317-2002
Email: info@SmithfieldDistributionOvertimeLawsuit.com

WNK00000A39B4

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

JEFFREY JOYNER

‖‖‖‖‖‖‖

## CLAIM FORM FOR PAYMENT

*Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*

**This form can be completed online at: www.SmithfieldDistributionOvertimeLawsuit.com**
**The Settlement Agreement can be viewed at: www.SmithfieldDistributionOvertimeLawsuit.com**

*You Must Complete All **THREE** Steps to Claim a Share of the Settlement Fund:*Claims.

1. **You Must Provide Your Contact Information.**

   Name: Jeffrey J. Joyner

   Address:

   City/State/Zip Code:

   Telephone Number:

   Email Address:

2. **You Must Agree To This Statement.**

   I am opting into and agree to be bound by the Settlement Agreement in *Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*.

   (Sign your name here)

3. **You Must Return this Claim Form so that it is Received (if returned by fax, or electronic delivery) or Postmarked (if returned by U.S. mail) by January 31, 2023:**

   (a) Fax this Claim Form to: (952) 404-5750 **OR**

   (b) Mail this Claim Form to: Smithfield Distribution Overtime Lawsuit, c/o Analytics Consulting LLC, P.O. Box 2002, Chanhassen, MN 55317-2002 **OR**

   (c) Submit this Claim Form electronically at: www.SmithfieldDistributionOvertimeLawsuit.com **OR**

   (d) Email this Claim Form to: info@SmithfieldDistributionOvertimeLawsuit.com

*If the deadline to submit this form has already expired, then you may still be eligible to receive a payment. Please email a copy of this completed form to info@SmithfieldDistributionOvertimeLawsuit.com or call (855) 511-1973 as soon as possible.

**Smithfield Distribution Overtime Lawsuit**
c/o Analytics Consulting LLC
P.O. Box 2002
Chanhassen, MN 55317-2002
Email: info@SmithfieldDistributionOvertimeLawsuit.com

WNK00000BC813

THELMA JUNIOUS

## CLAIM FORM FOR PAYMENT

*Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*

**This form can be completed online at: www.SmithfieldDistributionOvertimeLawsuit.com**
**The Settlement Agreement can be viewed at: www.SmithfieldDistributionOvertimeLawsuit.com**

*You Must Complete All **THREE** Steps to Claim a Share of the Settlement Fund:*Claims.

1. **You Must Provide Your Contact Information.**

   Name: _Thelma Y. Junious_
   Address: _____
   City/State/Zip Code: _____
   Telephone Number: _____
   Email Address: _____

2. **You Must Agree To This Statement.**

   I am opting into and agree to be bound by the Settlement Agreement in *Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937.*

   _Thelma Y. Junious_
   (Sign your name here)

3. **You Must Return this Claim Form so that it is Received (if returned by fax, or electronic delivery) or Postmarked (if returned by U.S. mail) by January 31, 2023:**

   (a) Fax this Claim Form to: (952) 404-5750   ***OR***

   (b) Mail this Claim Form to: Smithfield Distribution Overtime Lawsuit, c/o Analytics Consulting LLC, P.O. Box 2002, Chanhassen, MN 55317-2002   ***OR***

   (c) Submit this Claim Form electronically at: www.SmithfieldDistributionOvertimeLawsuit.com   ***OR***

   (d) Email this Claim Form to: info@SmithfieldDistributionOvertimeLawsuit.com

*If the deadline to submit this form has already expired, then you may still be eligible to receive a payment. Please email a copy of this completed form to info@SmithfieldDistributionOvertimeLawsuit.com or call (855) 511-1973 as soon as possible.

**Smithfield Distribution Overtime Lawsuit**
c/o Analytics Consulting LLC
P.O. Box 2002
Chanhassen, MN 55317-2002
Email: info@SmithfieldDistributionOvertimeLawsuit.com

WNK00000BB44C

TYRONE LEE

## CLAIM FORM FOR PAYMENT

*Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*

This form can be completed online at: **www.SmithfieldDistributionOvertimeLawsuit.com**
The Settlement Agreement can be viewed at: **www.SmithfieldDistributionOvertimeLawsuit.com**

*You Must Complete All **THREE** Steps to Claim a Share of the Settlement Fund;*Claims.

1. **You Must Provide Your Contact Information.**

   Name: _Tyrone Lee_

   Address: _____

   City/State/Zip Code: _____

   Telephone Number: _____

   Email Address: _____

2. **You Must Agree To This Statement.**

   I am opting into and agree to be bound by the Settlement Agreement in *Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937.*

   _Tyrone Lee_
   (Sign your name here)

3. **You Must Return this Claim Form so that it is Received (if returned by fax, or electronic delivery) or Postmarked (if returned by U.S. mail) by January 31, 2023:**

   (a) Fax this Claim Form to: (952) 404-5750   **OR**

   (b) Mail this Claim Form to:  Smithfield Distribution Overtime Lawsuit, c/o Analytics Consulting LLC, P.O. Box 2002, Chanhassen, MN 55317-2002   **OR**

   (c) Submit this Claim Form electronically at: www.SmithfieldDistributionOvertimeLawsuit.com   **OR**

   (d) Email this Claim Form to: info@SmithfieldDistributionOvertimeLawsuit.com

*If the deadline to submit this form has already expired, then you may still be eligible to receive a payment. Please email a copy of this completed form to info@SmithfieldDistributionOvertimeLawsuit.com or call (855) 511-1973 as soon as possible.

**Smithfield Distribution Overtime Lawsuit**
c/o Analytics Consulting LLC
P.O. Box 2002
Chanhassen, MN 55317-2002
Email: info@SmithfieldDistributionOvertimeLawsuit.com

WNK00000BF400





CESAR LINARES SANDOVAL

# CLAIM FORM FOR PAYMENT

*Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*

**This form can be completed online at: www.SmithfieldDistributionOvertimeLawsuit.com**
**The Settlement Agreement can be viewed at: www.SmithfieldDistributionOvertimeLawsuit.com**

*You Must Complete All **THREE** Steps to Claim a Share of the Settlement Fund:*Claims.

1. **You Must Provide Your Contact Information.**

   Name: _Cesar Linares Sandoval_

   Address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

   City/State/Zip Code ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

   Telephone Number ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

   Email Address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

2. **You Must Agree To This Statement.**

   I am opting into and agree to be bound by the Settlement Agreement in *Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*.

   _Cesar Linares Sandoval_
   (Sign your name here)

3. **You Must Return this Claim Form so that it is Received (if returned by fax, or electronic delivery) or Postmarked (if returned by U.S. mail) by January 31, 2023:**

   (a) Fax this Claim Form to: (952) 404-5750 **OR**

   (b) Mail this Claim Form to: Smithfield Distribution Overtime Lawsuit, c/o Analytics Consulting LLC, P.O. Box 2002, Chanhassen, MN 55317-2002 **OR**

   (c) Submit this Claim Form electronically at: www.SmithfieldDistributionOvertimeLawsuit.com **OR**

   (d) Email this Claim Form to: info@SmithfieldDistributionOvertimeLawsuit.com

*If the deadline to submit this form has already expired, then you may still be eligible to receive a payment. Please email a copy of this completed form to info@SmithfieldDistributionOvertimeLawsuit.com or call (855) 511-1973 as soon as possible.

Case: 1:22-cv-01937 Document #: 30 Filed: 02/10/23 Page 47 of 50 PageID #:454

**Analytics**                                                                                          #428916

---

**Ticket Details**

| | | | |
|---|---|---|---|
| **Status** | **Priority** | **Source** | **Type** |
| Open | Low | Email | |
| | | | **Group** |
| | | | Claims |
| | | | |
| **Agent** | **Product** | **Claim Number** | |
| Deb Choulock | Private Sector Cases | | |

---

by **cambreigh locklear** on **Tue, 6 Dec at 7:59 PM** via **Email**

**Smithfield Distribution Overtime Lawsuit**
c/o Analytics Consulting LLC
P.O. Box 2002
Chanhassen, MN 55317-2002
Email: info@SmithfieldDistributionOvertimeLawsuit.com



WNK00000A61FC

FELIPE MARTINEZ ALEGRIA

## CLAIM FORM FOR PAYMENT

*Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No.  22-cv-01937*

**This form can be completed online at:  www.SmithfieldDistributionOvertimeLawsuit.com**
**The Settlement Agreement can be viewed at:  www.SmithfieldDistributionOvertimeLawsuit.com**

*You Must Complete All **THREE** Steps to Claim a Share of the Settlement Fund:*Claims.

1. **You Must Provide Your Contact Information.**

   Name: _____

   Address: _____

   City/State/Zip Code: _____

   Telephone Number: _____

   Email Address: _____

2. **You Must Agree To This Statement.**

   I am opting into and agree to be bound by the Settlement Agreement in ***Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No.  22-cv-01937.***

   _____
   (Sign your name here)

3. **You Must Return this Claim Form so that it is Received (if returned by fax, or electronic  delivery) or Postmarked (if returned by U.S. mail) by January 31, 2023:**

   (a) Fax this Claim Form to: (952) 404-5750   **OR**

   (b) Mail this Claim Form to:  Smithfield Distribution Overtime Lawsuit, c/o Analytics Consulting LLC, P.O. Box 2002, Chanhassen, MN 55317-2002   **OR**

   (c) Submit this Claim Form electronically at: www.SmithfieldDistributionOvertimeLawsuit.com   **OR**

   (d) Email this Claim Form to: info@SmithfieldDistributionOvertimeLawsuit.com

*If the deadline to submit this form has already expired, then you may still be eligible to receive a payment. Please email a copy of this completed form to info@SmithfieldDistributionOvertimeLawsuit.com or call (855) 511-1973 as soon as possible.

**Smithfield Distribution Overtime Lawsuit**
c/o Analytics Consulting LLC
P.O. Box 2002
Chanhassen, MN 55317-2002
Email: info@SmithfieldDistributionOvertimeLawsuit.com

WNK00000896C4

ANTONIO MCCLENNAHAM



# CLAIM FORM FOR PAYMENT

*Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*

**This form can be completed online at: www.SmithfieldDistributionOvertimeLawsuit.com**
**The Settlement Agreement can be viewed at: www.SmithfieldDistributionOvertimeLawsuit.com**

*You Must Complete All **THREE** Steps to Claim a Share of the Settlement Fund:*Claims.

1. **You Must Provide Your Contact Information.**

   Name: Antonio McClennaham

   Address:

   City/State/Zip Code:

   Telephone Number:

   Email Address:

2. **You Must Agree To This Statement.**

   I am opting into and agree to be bound by the Settlement Agreement in ***Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937.***

   *Antonio McClennaham*      1-6-23
   (Sign your name here)

3. **You Must Return this Claim Form so that it is Received (if returned by fax, or electronic delivery) or Postmarked (if returned by U.S. mail) by January 31, 2023:**

   (a) Fax this Claim Form to: (952) 404-5750   **OR**

   (b) Mail this Claim Form to: Smithfield Distribution Overtime Lawsuit, c/o Analytics Consulting LLC, P.O. Box 2002, Chanhassen, MN 55317-2002   **OR**

   (c) Submit this Claim Form electronically at: www.SmithfieldDistributionOvertimeLawsuit.com   **OR**

   (d) Email this Claim Form to: info@SmithfieldDistributionOvertimeLawsuit.com

*If the deadline to submit this form has already expired, then you may still be eligible to receive a payment. Please email a copy of this completed form to info@SmithfieldDistributionOvertimeLawsuit.com or call (855) 511-1973 as soon as possible.*

**Smithfield Distribution Overtime Lawsuit**
c/o Analytics Consulting LLC
P.O. Box 2002
Chanhassen, MN 55317-2002
Email: info@SmithfieldDistributionOvertimeLawsuit.com

WNK00000B2CB3

FREDDIE MCELVEEN



## CLAIM FORM FOR PAYMENT

*Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*

**This form can be completed online at: www.SmithfieldDistributionOvertimeLawsuit.com**
**The Settlement Agreement can be viewed at: www.SmithfieldDistributionOvertimeLawsuit.com**

*You Must Complete All **THREE** Steps to Claim a Share of the Settlement Fund:*Claims.

1. **You Must Provide Your Contact Information.**

   Name: Freddie McELVeen

   Address:

   City/State/Zip Code

   Telephone Number

   Email Address:

2. **You Must Agree To This Statement.**

   I am opting into and agree to be bound by the Settlement Agreement in *Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*.

   Freddie McElv
   (Sign your name here)

3. **You Must Return this Claim Form so that it is Received (if returned by fax, or electronic delivery) or Postmarked (if returned by U.S. mail) by January 31, 2023:**

   (a) Fax this Claim Form to: (952) 404-5750   ***OR***

   (b) Mail this Claim Form to:  Smithfield Distribution Overtime Lawsuit, c/o Analytics Consulting LLC, P.O. Box 2002, Chanhassen, MN 55317-2002   ***OR***

   (c) Submit this Claim Form electronically at: www.SmithfieldDistributionOvertimeLawsuit.com   ***OR***

   (d) Email this Claim Form to: info@SmithfieldDistributionOvertimeLawsuit.com

*If the deadline to submit this form has already expired, then you may still be eligible to receive a payment. Please email a copy of this completed form to info@SmithfieldDistributionOvertimeLawsuit.com or call (855) 511-1973 as soon as possible.