Smithfield Distribution Overtime Lawsuit
c/o Analytics Consulting LLC
P.O. Box 2002
Chanhassen, MN 55317-2002
Email: info@SmithfieldDistributionOvertimeLawsuit.com

WNK00000A639F

DWIGHT AMOS

# CLAIM FORM FOR PAYMENT

*Winking et al. v. Smithfield Fresh Meats Corp. et al.; Case No. 22-cv-01937*

This form can be completed online at: www.SmithfieldDistributionOvertimeLawsuit.com
The Settlement Agreement can be viewed at: www.SmithfieldDistributionOvertimeLawsuit.com

*You Must Complete All **THREE** Steps to Claim a Share of the Settlement Fund:*Claims.

1. **You Must Provide Your Contact Information.**

   Name: _Dwight Amos_

   Address: _____

   City/State/Zip _____

   Telephone Num _____

   Email Address: _____

2. **You Must Agree To This Statement:**

   I am opting into and agree to be bound by the Settlement Agreement in *Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937.*

   _____
   (Sign your name here)

3. **You Must Return this Claim Form so that it is Received (if returned by fax, or electronic delivery) or Postmarked (if returned by U.S. mail) by January 31, 2023:**

   (a) Fax this Claim Form to: (952) 404-5750  **OR**

   (b) Mail this Claim Form to: Smithfield Distribution Overtime Lawsuit, c/o Analytics Consulting LLC, P.O. Box 2002, Chanhassen, MN 55317-2002  **OR**

   (c) Submit this Claim Form electronically at: www.SmithfieldDistributionOvertimeLawsuit.com  **OR**

   (d) Email this Claim Form to: info@SmithfieldDistributionOvertimeLawsuit.com

*If the deadline to submit this form has already expired, then you may still be eligible to receive a payment. Please email a copy of this completed form to info@SmithfieldDistributionOvertimeLawsuit.com or call (855) 511-1973 as soon as possible.

**Smithfield Distribution Overtime Lawsuit**
c/o Analytics Consulting LLC
P.O. Box 2002
Chanhassen, MN 55317-2002
Email: info@SmithfieldDistributionOvertimeLawsuit.com

WNK00000912C0



EBONY MCNARY



# CLAIM FORM FOR PAYMENT

*Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*

This form can be completed online at: www.SmithfieldDistributionOvertimeLawsuit.com
The Settlement Agreement can be viewed at: www.SmithfieldDistributionOvertimeLawsuit.com

*You Must Complete All **THREE** Steps to Claim a Share of the Settlement Fund:*Claims.

1. **You Must Provide Your Contact Information.**

   Name: Ebony McNary
   Address: ___
   City/State/___
   Telephone ___
   Email Add___

2. **You Must Agree To This Statement.**

   I am opting into and agree to be bound by the Settlement Agreement in *Winking et al. v. Smithfield Fresh Meats Corp. et al., Case No. 22-cv-01937*.

   _____
   (Sign your name here)

3. **You Must Return this Claim Form so that it is Received (if returned by fax, or electronic delivery) or Postmarked (if returned by U.S. mail) by January 31, 2023:**

   (a) Fax this Claim Form to: (952) 404-5750 **OR**

   (b) Mail this Claim Form to: Smithfield Distribution Overtime Lawsuit, c/o Analytics Consulting LLC, P.O. Box 2002, Chanhassen, MN 55317-2002 **OR**

   (c) Submit this Claim Form electronically at: www.SmithfieldDistributionOvertimeLawsuit.com **OR**

   (d) Email this Claim Form to: info@SmithfieldDistributionOvertimeLawsuit.com

*If the deadline to submit this form has already expired, then you may still be eligible to receive a payment. Please email a copy of this completed form to info@SmithfieldDistributionOvertimeLawsuit.com or call (855) 511-1973 as soon as possible.