EXHIBIT 5

## Legal Notice of Proposed Class Action Settlement

**THIS IS NOT AN ADVERTISEMENT OR ATTORNEY SOLICITATION. THIS NOTICE HAS BEEN APPROVED BY THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS AND CONTAINS IMPORTANT INFORMATION ABOUT YOUR LEGAL RIGHTS. PLEASE READ THIS NOTICE CAREFULLY.**

This notice is being sent pursuant to a proposed settlement of the following class action lawsuit pending in the U.S. District Court for the Northern District of Illinois:

***Canas, et al. v. Smithfield Packaged Meats Corp. et al., Case No. 20-cv-4937***

### A. WHAT IS THIS NOTICE FOR?

This notice is to inform you that:

- A proposed settlement (the "Settlement") has been reached in a Class Action Lawsuit against Smithfield Packaged Meats Corp., Smithfield Fresh Meats Corp. and Kansas City Sausage Company, LLC (collectively "Smithfield").

- Smithfield's records show that you may be eligible to receive the approximate amount of [AMOUNT] under the terms of the Settlement. This amount is subject to change as described in this Notice.

- **If you want this money, you must submit a claim form by [date].** The claim form can be submitted electronically at _____, or the claim form attached to this notice can be mailed to _____, faxed to _____, or emailed to _____. The claim form must be completed fully to receive any payment. If you do nothing, you will not receive any portion of the Settlement and you will not release any legal claims.

- The **Court will hold a fairness hearing** about the Settlement on [date] which you may attend at 219 South Dearborn Street, Chicago, IL 60604, Courtroom [___]. **You do not have to attend this hearing.**

### B. WHAT IS THIS LAWSUIT ABOUT?

Douglas Canas and Vanessa Meshino ("Named Plaintiffs") brought a complaint against Smithfield claiming Smithfield failed to correctly calculate the overtime rate of pay for non-exempt employees earning a Responsibility Bonus or Responsibility Pay. Smithfield denies the allegations and maintains that it complied with the law at all times.

### C. WHAT DOES THE SETTLEMENT DO?

The proposed Settlement resolves the claims before the Court decides which side is right. As part of the Settlement, Smithfield has agreed to pay up to **$7,750,000 ("Settlement Fund")** to resolve this lawsuit. That amount resolves the alleged federal and Illinois claims of Class Members in this action, including attorneys' fees, costs, service payments, unpaid wages, liquidated damages/civil penalties under Federal and Illinois law, and settlement administration fees. A service payment of $7,500 will be requested from the Settlement Fund for each of the Named Plaintiffs due to their efforts in obtaining a class-wide recovery.

The approximate amounts in Section A reflect what you may receive after attorneys' fees and costs, administrative fees, and service payments are deducted from the Settlement Fund. The amount may increase or decrease depending on the actual costs or expenses or rulings from the Court. The amount may also increase if less than 60% of the Net Settlement Fund (the Settlement Fund after deducting attorneys' fees, costs, service payments, and administration fees and costs) is claimed.

### D. AM I AFFECTED?

You received this Notice because Smithfield's records show that you were a non-exempt employee who may have been paid a Responsibility Bonus or Responsibility Pay and whose weekly pay may not have included sufficient overtime pay. If you submit a claim form and the Court approves the Settlement, your rights will be affected.

A portion of any payment will be subject to deductions for applicable taxes and withholdings like any other paycheck, and for which you will receive an IRS Form W-2. The remaining portion of the payment, attributable to liquidated damages and statutory penalties will be reported on an IRS Form 1099. Neither Plaintiffs' Counsel nor Smithfield nor Smithfield's Counsel make any representations concerning the tax consequences of the Settlement or your participation in it, and you are advised to consult your own tax advisor if you

have any questions regarding tax treatment of any payments.

### E. DO I HAVE AN ATTORNEY IN THIS CASE?

The Court has appointed The Fish Law Firm, P.C. as Class Counsel. If the Settlement is approved, Class Counsel will request the Court to award one-third of the total Settlement Fund in attorneys' fees plus costs from the Settlement Fund. The approximate amount in Section A already reflects attorney's fees and costs being deducted.

### F. IF I PARTICIPATE, DO I NEED TO WORRY ABOUT RETALIATION?

Smithfield **will not and cannot terminate your employment, or treat you any differently** because of your participation in, or exclusion from, the Settlement. Smithfield provided your pay records so that you could participate in the Settlement.

### G. WHAT ARE MY OPTIONS?

1. Submit a Claim Form.
If you want to receive money from the Settlement you must submit a claim form electronically at _____, or the attached claim form can be mailed to _____, faxed to _____, or emailed to _____. The claim form must be completed fully. Claims must be submitted by [date]

2. Do Nothing.
If you do nothing, you will not receive any portion of the Settlement and you will not release any claims against Smithfield.

3. Object to the Settlement.
You can object to the Settlement by filing a notice with the Court by **[DATE]**. Mail your objection to United States Courthouse, Room 2303, 219 South Dearborn Street, Chicago, IL 60604. You must state the name of the case "***Canas, et al v. Smithfield Packaged Meats Corp., 20-cv-4937***" why you object, whether you plan to attend the fairness hearing, who your lawyer will be, and who you will call as a witness in support of your objection. You must sign and date your objection. You must also send a copy of your objection to Class Counsel at the address listed in Section D and Smithfield's Counsel

at Jackson Lewis P.C., 15 S. Main Street, Suite 700, Greenville, SC 29601.

### H. WHERE CAN I GET MORE INFORMATION?

If you have additional questions or need additional information, please contact the Claims Administrator [phone number] or Class Counsel:

> **Class Counsel**
> The Fish Law Firm, P.C.
> Attn: John C. Kunze
> 200 East 5th Avenue, Suite 123
> Naperville, IL 60563
> Telephone: (630) 355-7590
> Email: admin@fishlawfirm.com

You can also view the Settlement Agreement and other documents at www.[_____]

***PLEASE NOTE:*** *Inquiries for additional information or advice should **NOT** be directed to the Court or Smithfield's Counsel. You may hire an attorney other than Class Counsel to discuss your rights under the Settlement if you choose.*

# YOU **MUST** SUBMIT THE ENCLOSED CLAIM FORM TO RECEIVE A PAYMENT.

# Legal Notice of Proposed Class Action Settlement--Illinois Workers

**THIS IS NOT AN ADVERTISEMENT OR ATTORNEY SOLICITATION. THIS NOTICE HAS BEEN APPROVED BY THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS AND CONTAINS IMPORTANT INFORMATION ABOUT YOUR LEGAL RIGHTS. PLEASE READ THIS NOTICE CAREFULLY.**

This notice is being sent pursuant to a proposed settlement of the following class action lawsuit pending in the U.S. District Court for the Northern District of Illinois:

*Canas, et al. v. Smithfield Packaged Meats Corp., et al., Case No. 20-cv-4937*

## A. WHAT IS THIS NOTICE FOR?

This notice is to inform you that:

- A proposed settlement (the "Settlement") has been reached in a Class Action Lawsuit against Smithfield Packaged Meats Corp., Smithfield Fresh Meats Corp. and Kansas City Sausage Company, LLC (collectively or "Smithfield").
- Smithfield's records show that you may be eligible to receive the approximate amount of **[AMOUNT]** under the terms of the proposed Settlement which is comprised of a payment for the Settlement of a federal claim of $_____ ("Federal Payment") and an additional payment of $_____ ("Illinois Payment") because you worked in Illinois. This amount is subject to change as described in this Notice.
- If the Settlement is approved, you will automatically get the Illinois Payment if you do not exclude yourself. However, if you want the additional Federal Payment, **you must submit a claim form by [date].** The claim form can be submitted electronically at _____, or the claim form attached to this notice can be mailed to _____, faxed to _____, or emailed to _____. The claim form must be completed fully to receive the Federal Payment. If you do nothing, you will not receive any portion of the Federal Payment.
- The **Court will hold a fairness hearing** about the Settlement on [date] which you may attend at 219 South Dearborn Street, Chicago, IL 60604, Courtroom [__]. **You do not have to attend this hearing.**

## B. WHAT IS THIS LAWSUIT ABOUT?

Douglas Canas and Vanessa Meshino ("Named Plaintiffs") brought a complaint against Smithfield claiming Smithfield failed to correctly calculate the overtime rate of pay for non-exempt employees earning a Responsibility Bonus or Responsibility Pay. Smithfield denies the allegations and maintains that it complied with the law at all times.

## C. WHAT DOES THE SETTLEMENT DO?

The proposed Settlement resolves the claims before the Court decides which side is right. The Court has certified a federal class and an Illinois class for Settlement Purposes. The Illinois Settlement Class includes all current and former non-exempt employees of Smithfield Packaged Meats Corp., Smithfield Fresh Meats Corp., or Kansas City Sausage Company, LLC who worked in Illinois anytime between April 1, 2020 and October 31, 2020, and received at least one Responsibility Bonus payment during the Class Period, and whose weekly pay did not include sufficient overtime to cover all of the overtime that would have been paid had the Responsibility Bonus been included in the regular rate and who do not file a Request for Exclusion. As part of the Settlement, Smithfield has agreed to pay up to **$7,750,000 ("Settlement Fund")** to resolve this lawsuit. That amount resolves the alleged federal and Illinois claims of Class Members in this action, including attorneys' fees, costs, service payments, unpaid wages, liquidated damages/civil penalties under Federal and Illinois law, and settlement administration fees. Service payments of $7,500 will be requested from the Settlement Fund for each of the Named Plaintiffs due to their efforts in obtaining a class-wide recovery.

The approximate amounts of the payments in Section A reflect what you may receive after attorneys' fees and costs, administrative fees, and service payments are deducted from the Settlement Fund. The amounts may increase or decrease depending on the actual costs or expenses or rulings from the Court. The FLSA amount may also increase if less than 60% of the Net Settlement Fund (the Settlement Fund after accounting for attorneys' fees, costs, service payments, and administration fees and costs) is claimed.

## D. AM I AFFECTED?

You received this Notice because Smithfield's records show that you were a non-exempt employee who may have earned a Responsibility Bonus or Responsibility Pay and whose weekly pay may not have included sufficient overtime pay. If you submit a claim form and the Court approves the Settlement, your rights will be affected for the Federal claims in the lawsuit. If you do nothing, your rights will be affected for the Illinois claims in the lawsuit.

A portion of any payment will be subject to deductions for applicable taxes and withholdings like any other paycheck, and for which you will receive an IRS Form W-2. The remaining portion of the payment, attributable to liquidated damages and statutory penalties will be reported on an IRS Form 1099. Neither Plaintiffs' counsel nor Smithfield nor Smithfield's counsel make any representations concerning the tax consequences of the Settlement or your participation in it, and you are advised to consult your own tax advisor if you have any questions regarding tax treatment of any payments.

---

**E.   DO I HAVE AN ATTORNEY IN THIS CASE?**

---

The Court has appointed The Fish Law Firm, P.C. as Class Counsel.  If the Settlement is approved, Class Counsel will request the Court to award one-third of the total Settlement Fund in attorneys' fees plus costs from the Settlement Fund. The approximate amount in Section A already reflects attorney's fees and costs being deducted.

---

**F.   IF I PARTICIPATE, DO I NEED TO WORRY ABOUT RETALIATION?**

---

Smithfield **will not and cannot terminate your employment, or treat you any differently** because of your participation in, or exclusion from, the Settlement.

---

**G.   WHAT ARE MY OPTIONS?**

---

1.   Submit a Claim Form.

If you want to receive the FLSA money from the Settlement you must submit a claim form electronically at _____, or the attached claim form can be mailed to _____, faxed to _____, or emailed to _____.  The claim form must be completed fully. Claims must be submitted by [date]  If you want to receive both the FLSA and IMWL payments, then you must submit an FLSA claim form and must not exclude yourself from the Settlement.

2.   Do Nothing.

If you do nothing, you will not receive any portion of the Federal Payment.  However, you will receive your Illinois Payment and will be releasing Smithfield from your Illinois wage claims.

3.   Exclude Yourself From IMWL Settlement.

If you do not want any money from the Settlement, and you do not want to release your Illinois law claims, you may exclude yourself.  Send correspondence to the Claims Administrator at [Administrator Address] which includes the name of the case "*Canas, et al v. Smithfield Packaged Meats Corp., 20-cv-4937*" *and*: 1) your full name; 2) your last 4 digits of your social security number; 3) a specific statement that you wish to exclude yourself from the IMWL Class Settlement, and 4) your signature.

Your Request for Exclusion *must* be received by the Claims Administrator by [DATE].

4.   Object to the Settlement.

You can object to the Settlement by filing a notice with the Court by [DATE]. Mail your objection to United States Courthouse, Room 2303, 219 South Dearborn Street, Chicago, IL 60604. You must state the name of the case "*Canas, et al v. Smithfield Packaged Meats Corp., 20-cv-4937*" why you object, whether you plan to attend the fairness hearing, who your lawyer will be, and who you will call as a witness in support of your objection. You must sign and date your objection. You must also send a copy of your objection to Class Counsel at the address listed in Section D and Smithfield's Counsel at Jackson Lewis P.C., 15 S. Main Street, Suite 700, Greenville, SC 29601.

---

**H.   WHERE CAN I GET MORE INFORMATION?**

---

If you have additional questions or need additional information, please contact the Claims Administrator [phone number] or Class Counsel:

---

**Class Counsel**
The Fish Law Firm, P.C.
Attn: John C. Kunze
200 East 5th Avenue, Suite 123
Naperville, IL 60563
Telephone: (630) 355-7590
Email: admin@fishlawfirm.com

---

You can also view the Settlement Agreement and other documents at www.[_____]

*PLEASE NOTE: Inquiries for additional information or advice should NOT be directed to the Court or Smithfield's Counsel. You may hire an attorney other than Class Counsel to discuss your rights under the Settlement if you choose.*

# YOU MUST SUBMIT THE ENCLOSED CLAIM FORM TO RECEIVE BOTH OF YOUR PAYMENT ALLOCATIONS.

# CLAIM FORM FOR PAYMENT

*Canas, et al. v. Smithfield Packaged Meats Corp., et al., Case No. 20-cv-4937*

**This form can be completed online at:  www._____**

<u>*You Must Complete All **THREE** Steps to Claim a Share of the Settlement Fund*</u>:

1. **You Must Provide Your Contact Information.**

   Name: _____

   Address: _____

   City/State/Zip Code: _____

   Telephone Number: _____

   Email Address: _____

2. **You Must Agree To This Statement.**

   I am opting into and agree to be bound by the Settlement Agreement in *Canas, et al. v. Smithfield Packaged Meats Corp., et al., Case No.*  20 cv-4937.

   _____
   (Sign your name here)

3. **You Must Return this Claim Form so that it is Received (if returned by fax, or electronic  delivery) or Postmarked (if returned by U.S. mail) by _____, 2021:**

   (a)  Fax this Claim Form to:  <u>\<fax number for claims \></u>

   ***OR***

   (b)  Mail this Claim Form to:  [CLAIMS ADMINISTRATOR]

   ***OR***

   (c)  Submit this Claim Form electronically at: <u>\<website\></u>

   ***OR***

   (d)  Email this Claim Form to:  [provide email address]

4848-5999-9967, v. 1