## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kevin Winking, et al.

                              Plaintiff,

v.                                                    Case No.: 1:22–cv–01937
                                                         Honorable Charles P. Kocoras

Smithfield Fresh Meats Corp., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 22, 2023:

      MINUTE entry before the Honorable Charles P. Kocoras:For the reasons set forth in the accompanying Memorandum Opinion, Smithfield's Motion to Dismiss [11] is denied as moot and Named Plaintiff's Motion for Conditional Certification [22] is denied. Telephonic status hearing is set for 9/26/2023 at 10:30 a.m. For the telephonic status hearing, parties are to use the following call–in number: (888) 684 8852, conference code 8819984. COUNSEL MUST TYPE IN THEIR NAME WHEN JOINING THE CALL. Throughout the telephonic hearing, each speaker will be expected to identify themselves for the record before speaking. Enter Memorandum Opinion.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.